UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| Jane Doe, Jr. ppa Jane Doe Sr., et al.<br>*Plaintiffs* | : | CIVIL ACTION NO.<br>Docket No. 301CV2298 (SRU)<br>Docket No. 3:03 CV 571 (SRU) |
| v. | : | |
| City of Waterbury et al:<br>*Defendants* | : | October 15, 2003 |

2003 OCT 15 P 3:42

## MOTION FOR RECONSIDERATION

The proposed intervenor, Commissioner of Children and Families, hereby moves, pursuant to Local Rule 7 (c), for reconsideration of the court's decision granting the motion by Plaintiff Jane Doe, Sr, for appointment of guardian ad litem. The Commissioner asserts that the appointment of a guardian ad litem is premature at this time and asks this court to rule on the Commissioner's motion to intervene and be substituted before determining whether there is any need for a guardian ad litem. The attached memorandum is submitted in support of this motion.

Respectfully submitted,

DARLENE DUNBAR
COMMISSIONER, CHILDREN AND
FAMILIES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Susan T. Pearlman
Assistant Attorney General
Federal Bar No. 06338
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5480
Fax: (860) 808-5595

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of October, 2003, first class postage prepaid to:

Attorney Gerald L. Harmon
290 Pratt Street
Meriden, CT. 06450

Attorney Michael S. Hillis
Dobrowksi, Knapsack and Hillis, LLC
205 Whitney Ave.
New Haven, CT. 06511

Attorney Michael W. Mackniak
87 Meadow Street
Naugatuck, CT 06770

Attorney Andrew B. Bowman
1804 Post Rd. East
Westport, CT. 06880-5683

Attorney Elliot Spector
Sack, Spector and Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

Attorney Eskine McIntosh
The Law Offices of Erskine D. McIntosh
3129 Whitney Avenue, Second Floor
Hamden, CT. 0651802364

_____
Susan T. Pearlman
Assistant Attorney General