UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     FILED

| | | |
|---|---|---|
| Jane Doe, Jr. ppa Jane Doe Sr., et al.<br>*Plaintiffs* | : | CIVIL ACTION NO.<br>Docket No. 3:01 CV 2298 (SRU)<br>Docket No. 3:03 CV 571 (SRU) |
| vi. | : | |
| City of Waterbury et al:<br>*Defendants* | : | October 15, 2003 |

### MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION

The proposed intervenor, Commissioner of Children and Families (hereinafter the Commissioner), asks this court to reconsider its recent decision granting the plaintiff Jane Doe Sr.'s motion for appointment of guardian ad litem for Jane Doe, Jr., a minor. The motion was granted, "absent objection." However, the Commissioner had filed a motion to intervene and be substituted on May 16, 2003, asserting that she was the child's guardian and therefore, the proper legal representative of the child. After the Commissioner's motion was filed, the plaintiff, Jane Doe Sr, filed a motion for appointment of guardian ad litem. In a reply brief, the Commissioner asked the court to delay hearing the motion for guardian ad litem until such time as the motion to intervene and be substituted could be heard.[1] In that reply brief, the Commissioner pointed out that there was no compelling need for a guardian ad litem where a guardian is ready, willing and able to act as legal representative for the child. Furthermore, the costs associated with the guardian ad litem will diminish any recovery the child may receive. For the reasons cited in the Commissioner's motion to intervene and be substituted,

---

[1] Because the Commissioner's motion to intervene has not yet been ruled on, the Commissioner is not a party at this time and technically lacks standing to object to any motions.

accompanying brief and reply brief, the Commissioner requests the court reconsider its decision to appoint a guardian ad litem and delay acting on any appointment until such time as the Commissioner's motion to intervene can be heard.

        Respectfully submitted,

        DARLENE DUNBAR
        COMMISSIONER, CHILDREN AND
        FAMILIES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        By: [signature]

        Susan T. Pearlman
        Assistant Attorney General
        Federal Bar No. 06338
        110 Sherman Street
        Hartford, CT 06105
        Tel: (860) 808-5480
        Fax: (860) 808-5595

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of October, 2003, first class postage prepaid to:

Attorney Gerald L. Harmon
290 Pratt Street
Meriden, CT. 06450

Attorney Michael S. Hillis
Dobrowksi, Knapsack and Hillis, LLC
205 Whitney Ave.
New Haven, CT. 06511

Attorney Michael W. Mackniak
87 Meadow Street
Naugatuck, CT 06770

Attorney Andrew B. Bowman
1804 Post Rd. East
Westport, CT. 06880-5683

Attorney Elliot Spector
Sack, Spector and Karsten
836 Farmington Ave.
West Hartford, CT 06119-1544

Attorney Eskine McIntosh
The Law Offices of Erskine D. McIntosh
3129 Whitney Avenue, Second Floor
Hamden, CT. 0651802364

_____
John E. Tucker
Assistant Attorney General