UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Jane Doe, Jr. PPA Jane Doe Sr., et al.   :
Jane Doe, Sr. Plaintiff

:
: CIVIL NO:3:01CV0571 (SRU)
: CIVIL NO:3:01CV2298 (SRU)
:

City of Waterbury et al.
Defendants

:   October 27, 2002

### OBJECTION TO MOTION FOR RECONSIDERATION DATED OCTOBER 14, 2003

Plaintiff in the above referenced matter hereby respectfully objects to the proposed intervener, Commission of Children and Families, motion for reconsideration in that the proposed petitioner lacks standing to assert an objection in this matter and only if and when standing is granted will the proposed intervener gain such standing. In addition, the court is not required to rule on the proposed intervener's motion prior to appointing a guardian ad litem as the intervener incorrectly suggests. In fact the court may as it has done in this case appoint a guardian ad litem if it deems this is in the best interests of the children. Given the current status of the case we feel this would be in the best interests of the child and would not significantly diminish any recovery the child may receive. In addition given the proposed intervener's current administrative problems and impending takeover by the federal government we feel the current appointed guardian ad litem represents a decision in the best interest of the child.

The attached memorandum of law is submitted in support of this motion.

Respectfully submitted,

Attorney Gerald L. Harmon

By: _____
Gerald L. Harmon (ct 13523)
290 Pratt Street
Meriden, CT 06450
(203) 639-1956