TOTAL TIME: __1__ hours __5__ minutes   DEPUTY CLERK __Montz__   HONORABLE __Stefan Underhill__   RPTR/ERO/TAPE __Catucci__

DATE __12-22-03__   START TIME __10:15__   END TIME __11:20__
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

__Doe__
vs.
__Waterbury, et al__

CIVIL NO. __3:01cv 2298 (SRU)__

Hillis, Harmon, McIntosh, MacKniak, Poulman
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Elliot Spector
Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [✓] (mhrgh) Motion Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (mischrg.) Miscellaneous Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

- [✓] #50 Motion __for Reconsideration__ — [✓] granted [ ] denied [ ] advisement
- [✓] #30 Motion __to Intervene__ — [ ] granted [ ] denied [✓] advisement
- [✓] #30 Motion __to Substitute__ — [ ] granted [ ] denied [✓] advisement
- [ ] # ___ Motion _____
- [ ] # ___ Motion _____
- [ ] # ___ Motion _____
- [ ] # ___ Motion _____
- [ ] Oral Motion _____
- [ ] Oral Motion _____
- [ ] Oral Motion _____
- [ ] Oral Motion _____
- [✓] State's ~~Brief(s)~~ due __1-12-04__   Deft's ~~Proposed Findings~~ Response Brief Due __1-26-04__   Response due _____

Hearing continued until _____ at _____