FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 JAN -9  A 10: 10

US DISTRICT COURT
BRIDGEPORT CT

Jane Doe, Jr. ppa Jane Doe Sr.,
Jane Doe, Sr.                                    :     CIVIL ACTION NO.
    *Plaintiffs*                            :     Docket No. 301CV2298 (SRU)
                                             :     Docket No. 303CV 571 (SRU)
    v.                                       :
                                             :
City of Waterbury, Philip Giordano,
Guitana Jones                                    :
    *Defendants*                             :     January 8, 2004

### MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO COURT

The Commissioner of Children and Families hereby requests an extension of time of

twenty-one (21) days, until February 2, 2004, to file a response to the court's inquiries at oral

argument on December 22, 2003 regarding the Commissioner's motion to intervene and be

substituted as guardian ad litem. The additional time is needed because the Commissioner

intends to submit a recent decision from the Superior Court for Juvenile Matters; however the

decision is confidential and permission of the Superior Court to disclose is necessary.

Counsel for the Commissioner has filed a motion in state court seeing permission to

disclose the document but the motion has not been acted on yet. As this confidential document is

critical to the determination of the pending motion, in these proceedings, the Commissioner

requests an extension of time to respond. Opposing counsel have been contacted, but the

undersigned has not been able to ascertain whether there is any objection to this Motion.

DARLENE DUNBAR
COMMISSIONER, CHILDREN AND FAMILIES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:

Susan T. Pearlman
Assistant Attorney General
Federal Bar No. 06338
110 Sherman Street
Hartford, CT 06l05
Tel: (860) 808-5480
Fax: (860) 808-5595

### ORDER:

The above Motion, having been  heard, it is hereby ORDERED:

GRATED/DENIED

BY THE COURT

_____

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8th day of January, 2004, first class postage prepaid to:

Attorney Erskine D. McIntosh
The Law Offices of Eskine D. McIntosh, P.C.
3129 Whitney Ave. Second Floor
PO Box 185789
Hamden, CT   06518-0789

Attorney Gerald L. Harmon
290 Pratt Street
Meriden, CT      06450

Attorney Michael S. Hillis
Dobrowksi, Knapsack and Hillis, LLC
205 Whitney Ave.
New Haven, CT    06511

Attorney Michael W. Mackniak
87 Meadow Street
Naugatuck, CT     06770

_____
Susan T. Pearlman
Assistant Attorney General