UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Jane Doe, Jr. PPA Jane Doe Sr., et al.  :
Jane Doe, Sr. Plaintiff

:
: CIVIL NO:3:01CV0571 (SRU)
: CIVIL NO:3:01CV2298 (SRU)
:
City of Waterbury et al.
        Defendants

: January 10, 2004

**OBJECTION TO PROPOSED INTERVENOR REQUEST FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO COURT DATED JANUARY 8, 2004.**

    Counsel on behalf of all plaintiffs in the above referenced matter hereby respectfully objects to the proposed intervener's request for an extension of time to submit the response to the Court dated January 8, 2004. Plaintiffs do not see the relevance of a recent decision from the Superior Court for Juvenile Matters regarding the current issue at hand. The proposed intervener on December 22, 2003 was requested by this court to outline what it deemed as conflicts of interest concerning the present counsel for the minor children and to outline its own qualifications in regards to the appropriate representation of the minor children.

    It is beyond our comprehension how a juvenile court decision is relevant to either of the requested issues and how they cannot proceed without this information. It is our contention that this is only a delay tactic

by the proposed intervener and this Court should not be held to the time frame instituted by the Juvenile Court to release their decisions.

Counsel could easily file the document under seal if confidentiality is an issue. In addition the proposed intervener did not attach its brief to the request for an extension of time and the original brief was due on January 12, 2004. The proposed intervener could have attached its current brief and requested a time period to amend the brief with the new information. However instead of taking these steps or filing the brief under seal Counsel has requested an unnecessary delay. Plaintiff's feel that any unnecessary delay is prejudicial to their client's who have already been harmed by the proposed intervener's unfounded attempts to take over this litigation.

For the foregoing reasons we respectfully request that the Motion by the Proposed Intervener be denied.

Respectfully submitted,

Attorney Gerald L. Harmon

By: _____
Gerald L. Harmon (ct 13523)
290 Pratt Street
Meriden, CT 06450
(203) 639-1956

CERTIFICATION

I hereby certify that copies of the foregoing memorandum to objection to motion for extension of time were mailed to the following parties of record on January 10, 2004 as follows:

Elliot B. Spector, Esq.
Sack, Spector and Karsten
836 Farmington Avenue
West Hartford, CT 06119

Susan T. Pearlman Esq.
110 Sherman Street
Hartford, CT 06105

District Court Clerk's Office
915 Lafayette Blvd
Bridgeport, CT 06604

Judge Stefan R. Underhill
Chambers
915 Lafayette Blvd
Bridgeport, CT 06604

Attorney Michael S. Hillis
Dobrowski, Knapsack and Hillis, LLC
205 Whitney Avenue
New Haven, Ct 06511

Attorney Andrew Bowman
1804 Post Road East
Westport, CT 06880

Attorney Erskine McIntosh
3129 Whitney Avenue 2nd Floor
Hamden, Ct 06518

Attorney Michael W. Mackniak
87 Meadow Street
Naugatuck, 06770

Gerald L. Harmon, Esq.