#55

FILED
2004 JAN -9 A 10: 10
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jane Doe, Jr. ppa Jane Doe Sr.,
Jane Doe, Sr.
    *Plaintiffs*

v.

City of Waterbury, Philip Giordano,
Guitana Jones
    *Defendants*

:  CIVIL ACTION NO.
:  Docket No. 301CV2298 (SRU)
:  Docket No. 303CV 571 (SRU)
:
:
:
:  January 8, 2004

### MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE TO COURT

The Commissioner of Children and Families hereby requests an extension of time of twenty-one (21) days, until February 2, 2004, to file a response to the court's inquiries at oral argument on December 22, 2003 regarding the Commissioner's motion to intervene and be substituted as guardian ad litem. The additional time is needed because the Commissioner intends to submit a recent decision from the Superior Court for Juvenile Matters; however the decision is confidential and permission of the Superior Court to disclose is necessary.

Counsel for the Commissioner has filed a motion in state court seeing permission to disclose the document but the motion has not been acted on yet. As this confidential document is critical to the determination of the pending motion, in these proceedings, the Commissioner requests an extension of time to respond. Opposing counsel have been contacted, but the

---

DENIED. The Commissioner's submission shall be filed promptly. That submission can be supplemented at a later date with the referenced decision of the Superior Court, if obtained before this court rules. So ordered.

/s/ Stefan R. Underhill
United States District Judge
01/15/04

FILED 2004 JAN 15 P 12: 10 US DISTRICT COURT BRIDGEPORT CT