UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

2004 JAN 23 A 9: 58

| | |
|---|---|
| JANE DOE, JR.<br>ppa JANE DOE, SR., | :<br>: Case No. 3:03CV571 (SRU)<br>: 3:01 CV 2298 (SRU)<br>: |
| V. | : |
| CITY OF WATERBURY, ET AL | : January 22, 2004 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The plaintiff herein, by and through the undersigned, moves that the deadline for her to file her memorandum in rebuttal to that of the proposed intervener be extended four business days until Monday, February 2, 2004. The proposed intervener was supposed to have filed its memorandum on or before Monday, January 12, 2004. However, co-counsel, Atty. Gerald L. Harmon, did not receive his copy of the proposed intervener's January 16, 2004 memorandum until Saturday, January 17, 2004. Further, the undersigned has yet to receive his copy from the proposed intervener as of this writing. The plaintiff's deadline for rebuttal memorandum was to be Monday, January 26th, 2004. Additional time is needed to compensate for the proposed intervener not meeting its deadline.

The undersigned has notified all of the offices of the counsel of record of this motion but as of this time, the undersigned has not heard from other counsel with respect to their opinions. This is the plaintiff's first such request with respect to this memorandum.

RESPECTFULLY SUBMITTED,

JANE DOE, SR
THE PLAINTIFF

BY: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR No. ct 9743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
(203) 848-1213 Fax

COUNSEL FOR THE PLAINTIFF

## CERTIFICATION

This is to certify that the foregoing was sent on this 22th day of January, 2004 to:

Atty. Gerald L. Harmon
290 Pratt Street
Meriden, Conn. 06450

Atty. Michael S. Hillis
Dobrowski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, Conn. 06511

Atty. Michael W. Mackniack
87 Madon Street
Naugatuck, CT 06770

Atty. Elliot Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, Conn. 06119-1544

Atty. Susan T. Pearlman
Asst. Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, Conn. 06105

_____
ATTY. ERSKINE D. McINTOSH

MOTION FOR EXTENSION OF TIME

2