UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, SR., IND. & PPA<br>JANE DOE, JR.,<br>    Plaintiffs, | : | |
| v. | : | No. 3:01 CV 2298 (SRU) |
| CITY OF WATERBURY, GUINTANA<br>JONES, and PHILIP GIORDANO,<br>    Defendants. | : | |
| JANE DOE, JR. AND JANE DOE, SR., PPA<br>    Plaintiffs, | : | |
| v. | : | No. 3:03 CV 571 (SRU) |
| CITY OF WATERBURY and PHILIP<br>GIORDANO,<br>    Defendants. | : | |

## ORDER TO CHANGE CAPTION

The minor plaintiffs in the two above referenced matters are both using the pseudonym "Jane Doe, Jr." In order to eliminate confusion in the handling of their consolidated cases, Jane Doe, Jr., plaintiff in <u>Doe, et al. v. City of Waterbury, et al.</u>, 3:03 CV 571 (SRU), shall be henceforth referred to as "Susan Roe, Jr." and her mother shall be henceforth referred to as "Susan Roe, Sr." The clerk's office shall change the caption of Civil Action No. 3:03 CV 571 (SRU) so that it identifies the plaintiffs as Susan Roe, Jr. and Susan Roe, Sr., PPA.

It is so ordered.

Dated at Bridgeport this 31st day of March 2004.

Stefan R. Underhill
United States District Judge