# APPEARANCE

Doe, et al.

   vs.                           **CASE NUMBER:** 3 01 CV 2298 (SRU)

Waterbury, et al.

**To the Clerk of this court and all parties of record:**

    Enter my appearance as counsel in this case for:   Jane Doe, JR.
                                                          PPA Jane Doe SR.
                                                           Jane Doe Sr., Individually

August 27, 2004                                         /s/ Lawrence M. Herrmann
**Date**                                                                   **Signature**

ct00180                                                          Lawrence M. Herrmann
**Connecticut Federal Bar Number**                **Print Clearly or Type Name**

203-272-8844                                    1116 Wallingford Rd.
**Telephone Number**                                     **Address**

718-565-7278                                      Cheshire, Ct. 06410-2939
**Fax Number**

Larry@Lmherrmann.com
**E-mail address**

## CERTIFICATE OF SERVICE

                                                   Sept 7, 2004
This is to certify that the foregoing Appearance was mailed on ~~this date~~ to the following:

    See attached sheet.

                                                                           /s/ Lawrence M. Herrmann
                                                                                      **Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                                                                     Appearance.frm.Jan.24

3:01CV2298 (SRU)

## Addressees for Certificate of Service

Michael S. Hillis, Esq.
Dombroski Knapsack & Hillis LLC
129 Whitney Ave.
New Haven, CT 06510

Lynn Jenkins, Esq.
PO Box 59
New Haven, CT 06501-0059

Michael Mackniak, Esq.
87 Meadow St.
Naugatuck, CT 06770

Erskine D. McIntosh, Esq.
3129 Whitney Ave., 2nd Fl.
Hamden, CT 06518-2364

Elliot Spector, Esq.
Sack, Spector and Karten LLP
836 Farmington Ave., #221
West Hartford, Connecticut 06119-1544

Gerald L. Harmon, Esq.
Law Office of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450-8600