UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE,         Plaintiff, | : : : | |
| v. | : : | No. 01 CV 2298 (SRU) |
| CITY OF WATERBURY, GUINTANA JONES, and PHILIP GIORDANO,         Defendants. | : : : | |
| JANE DOE,         Plaintiff, | : : : | |
| v. | : : | No. 03 CV 571 (SRU) |
| CITY OF WATERBURY and PHILIP  GIORDANO,         Defendants. | : : : | |

## **ORDER**

The parties are hereby ordered to file a written response to this order, on or before March 1, 2005, showing cause why this case should not be dismissed under Rule 41(b) for failure to prosecute and for failure to comply with the order to propose a schedule. Failure to comply with this order will result in the dismissal of this case.

So ordered.

Dated at Bridgeport, Connecticut this 8th day of February 2005.


/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge