UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

2005 JUN 21  P 3: 33

U.S. DISTRICT COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| JANE DOE, JR., ppa Jane Doe, Sr. | \* |
| VS. | \*   3:01 CV 2298 (SRU) |
| PHILIP GIORDANO, ET AL. | \*   June 20, 2005 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Comes now Jane Doe, Sr., the Plaintiff herein, who asks this Court to enter an order appointing Attorney Allison L. Jacobs, 113 Helen Street, Hamden, Connecticut 06514; pursuant to Rule 17(c) of the Federal Rules of Civil Procedure as the guardian ad litem for her daughter Jane Doe, Jr. for purposes of this litigation and that she be ordered to act as next friend for her daughter in the prosecution of this action. Jane Doe Sr. further beseeches the Court, to enter an order withdrawing her status as the next friend for the prosecution of her daughter's claims in this action, subsequent to the appointment of Attorney Allison L. Jacobs as guardian ad litem and next friend.

RESPECTFULLY SUBMITTED,

JANE DOE, SR. PPA JANE DOE, JR.
THE PLAINTIFF

BY: _____
ATTY. MICHAEL W. MACKNIAK
FEDERAL BAR NO. ct15692
LAW OFFICE OF MICHAEL W. MACKNIAK
87 MEADOW STREET
NAUGATUCK, CT 06770
(203) 723-9252

COUNSEL FOR THE PLAINTIFF

## CERTIFICATION

On June 20, 2005, a copy of the foregoing motion was sent to:

Attorney Susan T. Pearlman
Office of the Attorney general
110 Sherman Street
Hartford, CT 06105

Attorney Gerald L. Harmon
290 Pratt Street
Meriden, CT 06450

Attorney Michael S. Hillis
Dombroski, Knapsack & Hillis, LLC
129 Whitney Avenue
New Haven, CT 06511

Attorney Andrew B. Bowman
1804 Post Road East
Westport, CT 06880-5683

Attorney Elliot B. Spector
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Attorney Erskine D. McIntosh
3129 Whitney Avenue
Second Floor
Hamden, CT 06518-2364

Attorney Allison L. Jacobs
113 Helen Street
Hamden, CT 06514

_____
Michael W. Mackniak