UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
****************************  :
JANE DOE, JR.                 :   CIVIL ACTION CASE NO.
     PPA, JANE DOE SR.        :   3:01CV2298(SRU)
JANE DOE SR., individually    :
V.                            :
                              :
CITY OF WATERBURY,            :   July 28, 2005
PHILLIP GIORDANO,             :
     In his capacity as MAYOR,:
     CITY OF WATERBURY        :
PHILLIP GIORDANO, individually:
PHILLIP GIORDANO              :
     Principal in the Law Offices of :
     PHILLIP GIORDANO         :
GUITANA JONES                 :
****************************      FEDERAL BAR NO. CT11867
```

**JURY DEMAND**

The Plaintiffs hereby demand a trial by jury.

                           **The Plaintiffs**
                           **Jane Doe, Jr. and**
                           **Jane Doe, Sr.**

By _____
                           **MICHAEL STANTON HILLIS**
                           **DOMBROSKI, KNAPSACK &**
                           **HILLIS LLC**
                           129 Whitney Avenue
                           New Haven, Connecticut 06510
                           (203) 624-9096 - phone
                           **FEDERAL BAR NO.: ct11867**

39

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing **AMENDED COMPLAINT** was mailed, postage prepaid, this **28th** day of **JULY, 2005**, to all counsel of record as follows:

**MICHAEL W. MACKNIAK, ESQ.**
87 Meadow Street
Naugatuck, Connecticut 06770

**ERSKINE D. MCINTOSH, ESQ.**
The Law Offices of Erskine D. McIntosh, P.C.
P.O. Box 185789
Hamden, Connecticut 06518-0789

**GERALD L. HARMON, ESQ.**
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450

**ELLIOT B. SPECTOR, ESQ.**
**NOBLE, SPECTOR, YOUNG & O'CONNOR**
One Congress Street, Fourth Floor
Hartford, Connecticut 06114

**ANDREW B. BOWMAN, ESQ.**
1804 Post Road East
Westport, Connecticut 06880

_____
MICHAEL STANTON HILLIS