UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 28 P 1: 30

U.S. DISTRICT COURT

| | |
|---|---|
| JANE DOE, SR., Ind & PPA<br>Jane Doe, Jr.<br>JANE DOE, JR.,<br><br>v.<br><br>CITY OF WATERBURY, et al. | Case No.: 3:01cv2298 (SRU)<br><br>JULY 28, 2005 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, Jane Doe Sr., ("Jane Sr."), through undersigned counsel, hereby respectfully moves for an extension of time of sixty (60) days from the Court's ruling on Plaintiff's Motion for Appointment of Guardian Ad Litem, within which to designate all trial experts, provide opposing counsel with expert reports and to complete depositions of such experts. In support of this motion, the Plaintiff states as follows:

In a Motion dated June 20, 2005, the Plaintiff moved the Court to enter an order appointing Attorney Allison L. Jacobs as the guardian ad litem for Jane Doe, Jr., for the purposes of this litigation and that she be ordered to act as next of friend for Jane Doe, Jr. The Court has not yet ruled on said Motion. Once said guardian is appointed, she will access the records of Jane Doe, Jr., and obtain the names of any experts the plaintiff will designate.

This is the Plaintiff's first request for extension of time with respect to said time limitation. Plaintiff has inquired of opposing counsel, Attorney Andrew Bowman and Attorney Elliot Spector. Attorney Bowman has no objection to this motion but, despite diligent effort, plaintiff was unable to obtain the position of Attorney Spector. Plaintiff anticipates compliance with the remaining scheduling deadlines.

Respectfully submitted,

                THE PLAINTIFFS
                JANE DOE, SR., Ind & PPA Jane Doe, Jr.

By: _____
      MICHAEL S. HILLIS
      DOMBROSKI, KNAPSACK & HILLIS LLC
      129 Whitney Avenue
      New Haven, Connecticut 06510
      (203) 624-9096
      (203) 624-1308 (Fax)
      Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing **MOTION FOR EXTENSION OF TIME** was mailed, postage prepaid, this 28th day of **JULY, 2005**, to all counsel of record as follows:

MICHAEL W. MACKNIAK, ESQ.
87 Meadow Street
Naugatuck, Connecticut 06770

ERSKINE D. MCINTOSH, ESQ.
The Law Offices of Erskine D. McIntosh, P.C.
P.O. Box 185789
Hamden, Connecticut 06518-0789

GERALD L. HARMON, ESQ.
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450

ELLIOT B. SPECTOR, ESQ.
NOBLE, SPECTOR, YOUNG & O'CONNOR
One Congress Street, Fourth Floor
Hartford, Connecticut 06114

ANDREW B. BOWMAN, ESQ.
1804 Post Road East
Westport, Connecticut 06880

_____
MICHAEL S. HILLIS