UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE, JR., PPA, JANE DOE          :
SR., Individually,

VS.                                   :          CIVIL ACTION NO:
                                                 3:01CV2298(SRU)

CITY OF WATERBURY, PHILIP             :
GIORDANO, in his capacity as
MAYOR, CITY OF WATERBURY,             :          October 28, 2005
PHILIP GIORDANO, Individually.

## ANSWER

Philip Giordano for his answer, alleges the following:

1.  Paragraph 1 is denied.

2.  Paragraph 2 is denied.

3.  Paragraph 3 is denied.

4.  Paragraph 4 is denied.

5.  Paragraph 5 is admitted to the extent that Philip Giordano was formerly the

Mayor of the City of Waterbury, Connecticut.  All other allegations are denied.

6.  Paragraph 6 is denied.

7.  This defendant lacks sufficient information upon which to form a belief and

therefore denies the allegations.

8.  Paragraph 8 is denied.

9.  Paragraph 9 is denied.

10.  Paragraph 10 is denied.

11-80.  Paragraphs 11 – 80 are denied.

## COUNT TWO

81-90.  Paragraphs 81-90 are denied.

## COUNT THREE

91-95.  Paragraphs 91-95 are denied.

## COUNT FOUR

96-109.  Paragraphs 96-109 are denied.

## COUNT FIVE

110-114.  Paragraphs 110-114 are denied.

## COUNT SIX

115-118.  Paragraphs 115-118 are denied.

## COUNT SEVEN

119-125.  Paragraphs 119-125 are denied.

## COUNT EIGHT

126-130.  Paragraphs 126-130 are denied.

## COUNT NINE

131-134.  Paragraphs 131-134 are denied.

## COUNT TEN

135-138.  Paragraphs 135-138 are denied.

## COUNT ELEVEN

139-142.  Paragraphs 139-142 are denied.

## DEFENSES

1.  Each cause of action alleged in the Amended Complaint fails to state a claim upon which relief may be granted.

2.  The Court lacks subject matter jurisdiction.

3.  The defendant did not act under color of law and therefore no damages may be awarded for any cause of action alleging deprivation of rights secured by the Constitution or by any statute enacted by Congress for the protection of civil rights including but not limited to 42 U.S.C. §1983, §1985, §1986 and no award for attorney's fees may be granted under 42 U.S.C. §1988 or 18 U.S.C. §2255.

4.  This Court may not and should not exercise Supplemental Jurisdiction over State Law claims, because there is no federal question or other federal jurisdiction for this action.

THE DEFENDANT,
PHILIP GIORDANO,
Individually


BY_____
ANDREW B. BOWMAN
Federal Bar No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570 (Fax)
e-mail: andrew.bowman@snet.net

## CERTIFICATION

This is to certify that a copy of the foregoing Answer was mailed, postage prepaid on this 28th day of October, 2005 to:

Michael Stanton Hillis, Esq.
Dombroski, Knapsack & Hillis, LLC
129 Whitney Avenue
New Haven, CT 06510

Michael W. Mackniak, Esq.
87 Meadow Street
Naugatuck, CT 06770

Erskine D. Mcintosh, Esq.
P.O. Box 185789
Hamden, CT 06518-0789

4

Gerald L. Harmon, Esq.
290 Pratt Street
Meriden, CT 06450

Elliot B. Spector, Esq.
Noble, Spector, Young & O'Connor
One Congress Street, Fourth Floor
Hartford, CT 06114


_____
ANDREW B. BOWMAN