UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.:  3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | NOVEMBER 18, 2005 |

**MOTION TO SET ASIDE DEFAULT, OBJECTION TO MOTION FOR DEFAULT JUDGMENT, AND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO FILE ANSWERS**

The defendant, City of Waterbury, hereby requests the default entry against it be set aside and objects to the Motion for Default Judgment filed by plaintiff's counsel dated November 17, 2005.

Additionally, upon the setting aside of the default, the City of Waterbury hereby requests an enlargement of time of two weeks until **December 2, 2005** to file an Opposition to the Plaintiffs' Motion for Summary Judgment dated October 28, 2005, filed in the lead case.  Although the undersigned is currently under an extension in the member case he will also be filing his Opposition to Motion for Summary Judgment in that case simultaneously.  The undersigned also represents that the Answers to the complaints in both the lead and member cases are being filed at the same time as the instant motion.

The reason for such request for extension is the undersigned has been out of state on business throughout much of October and November, and the holiday break will leave him without support staff to assist in completing these items. Additionally, the undersigned will also be out over the long Thanksgiving weekend to celebrate the holiday with his family.

This is the first such request for an enlargement filed by the undersigned with regard to filing an Opposition in the lead case.

Pursuant to Local Rule 9(b)(2), the undersigned contacted the office of each plaintiff's counsel. Attorney Gerald Harmon stated that he has no objection to the extension. Attorney Erskine D. McIntosh stated that he has no objection the setting aside of the default or the extension. Attorney Jennifer Barone stated that she has no objection to the extension.

**WHEREFORE**, the undersigned respectfully requests that the default entry be set aside, that plaintiff's Motion for Default Judgment be denied, and that his motion for extension of time to file his Opposition by December 2, 2005, be granted.

            DEFENDANT: City of Waterbury


            BY: _____
               Elliot B. Spector
               Federal Bar #ct05278
               Noble, Spector, Young & O'Connor
               One Congress Street
               Hartford, CT 06114
               Phone: 860-525-9975
               Fax: 860-525-9985
               spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 18th day of November, 2005.

***For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa***

| | |
|---|---|
| Erskine D. McIntosh, Esquire | Michael W. Mackniak, Esquire |
| Law Offices of Erskine D. McIntosh | 87 Meadow Street |
| P.O. Box 185789 | Naugatuck, CT  06770 |
| Hamden, CT  06518 | |
| | Gerald Lewis Harmon, Esquire |
| Michael Stanton Hillis, Esquire | 290 Pratt Street |
| Dombroski, Knapsack & Hillis | Meriden, CT  06450 |
| 129 Whitney Avenue | |
| New Haven, CT  06510 | Allison Louise Jacobs, Esquire |
| | 84 Sherman Avenue |
| ***For the Defendant, Philip Giordano*** | Hamden, CT  06518 |
| Andrew B. Bowman, Esquire | Lynn Jenkins, Esquire |
| Law Offices of Andrew Bowman | 129 York Street, Apt. 8-L |
| 1804 Post Road East | New Haven, CT 06511 |
| Westport, CT  06880 | |

_____
                    Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Case 3:01-cv-02298-SRU    Document 82    Filed 11/21/2005    Page 4 of 4

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985