UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.: 3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | NOVEMBER 18, 2005 |

**ANSWER AND AFFIRMATIVE DEFENSE TO COMPLAINT DATED AUGUST 1, 2005 IN 3:03 CV 571**

**PRELIMINARY STATEMENT:**

The defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT ONE – FEDERAL LAW CLAIMS**

***JURISDICTION***

1) As to Paragraph 1 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

***THE PARTIES***

2) Paragraph 2 is admitted.

3) The defendant admits that "[Giordano] is sued only in his individual capacity". The remainder of Paragraph 3 is denied.

    4)    Paragraph 4 is denied.

    5)    The defendant denies so much of Paragraph 5 as alleges, "had as its final policy maker in the areas of safety, law enforcement, political rights and social issues the co-defendant Mayor." The remainder of Paragraph 5 is admitted.

*FACTS*

    6-10)    As to the allegations contained in Paragraphs 6, 7, 8, 9 and 10, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

    11)    Paragraph 11 is denied.

    12-13)    As to the allegations contained in Paragraphs 12 and 13, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

    14)    The defendant denies so much of Paragraph 14 as alleges, "the Mayor's City issued police cruiser". As to the remaining allegations contained in Paragraph 14, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

    15-19)    As to the allegations contained in Paragraphs 15, 16, 17, 18 and 19, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

    20-21)    Paragraphs 20 and 21 are admitted.

    22)    Paragraph 22 is denied.

23-24) Paragraphs 23 and 24 are admitted.

25-26) As to the allegations contained in Paragraphs 25 and 26 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

27)     Paragraph 27 is admitted.

28)     As to the allegations contained in Paragraph 28 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

29-38) Paragraphs 29, 30, 31, 32, 33, 34, 35, 36, 37 and 38 are admitted.

39-43) Paragraphs 39, 40, 41, 42 and 43 are denied.

**COUNT TWO – STATE LAW CLAIMS:**

1-2)    As to the allegations contained in Paragraphs 1 and 2 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

3-42)   Paragraphs 3 through 42 of Count Two are responded to as in Paragraphs 3-42 of Count One as if fully set forth herein.

43-45)  As to the allegations contained in Paragraphs 43, 44 and 45, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

46)     Paragraph 46 is denied.

## **AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the doctrine of governmental immunity.

DEFENDANT: City of Waterbury

BY: _____
Elliot B. Spector
Federal Bar #ct05278
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT  06114
Phone: 860-525-9975
Fax: 860-525-9985
spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 18th day of November, 2005.

**_For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa_**

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT  06518

Michael Stanton Hillis, Esquire
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

**_For the Defendant, Philip Giordano_**

Andrew B. Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT  06880

Michael W. Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Gerald Lewis Harmon, Esquire
290 Pratt Street
Meriden, CT  06450

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT  06518

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

_____
                    Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985