UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | |
| | : | |
| SUSAN ROE, JR., et al. | : | NO.: 3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | DECEMBER 1, 2005 |

**DEFENDANT, CITY OF WATERBURY'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND DEFENDANT, CITY OF WATERBURY'S MOTION FOR SUMMARY JUDGMENT AS TO DOE, ET AL. AND ROE, ET AL.**

Pursuant to Federal Rules of Civil Procedure 56(b), the defendant, the City of Waterbury, Connecticut, hereby respectfully moves this Court to deny the motions for summary judgment filed by plaintiffs Susan Roe Jr., et al. and plaintiffs, Jane Doe, Jr., et al., on all counts, and instead enter an order in favor of the Defendant, City of Waterbury, as to Susan Roe Jr., et al. and Jane Doe, Jr., et al. for entry of summary judgment on all counts based on the following grounds:

1. Giordano's actions do not represent "official policy" of the City of Waterbury. Therefore as a matter of law, there is no basis for holding the City liable for his actions under 42 U.S.C. §1983.

2. The Doctrine of Collateral Estoppel does not apply to the City of Waterbury because it is not in privity with Giordano and because the legal and factual issues decided in Giordano's criminal trial are not in any way identical to those in issue in this matter.

Attached in support of this motion are Defendant's Memorandum of Law, Local Rule 56(a) Statement, and the following Exhibits:

1) Memorandum and Attachments Re: Forcible Rape and Other Sex Offense Statistics Dated 10/3/05 from Detective Joseph Kelly, **Exhibit A**.

2) Memorandum and Attachments Re: DCF dated 10/26/05 from Detective Joseph Kelly, **Exhibit B**.

3) Letter Dated 8/28/01 from Philip Giordano to Andrew Bowman, Esquire, and Attached Agreement and Release Re: Resignation, **Exhibit C**.

4) Letter Dated 4/11/03 from Theresa A. Caldarone, Esquire, to Andrew Bowman, Esquire, re: "No Duty to Defend and/or Indemnify", **Exhibit D**.

**WHEREFORE**, for the reasons more fully set forth in the accompanying memorandum of law, statement of undisputed facts, affidavits and supporting documents, defendant, City of Waterbury, respectfully moves this Court for summary judgment in its favor on plaintiffs' complaints.

        DEFENDANT: City of Waterbury

BY: _____
     Elliot B. Spector
     Federal Bar #ct05278
     Noble, Spector, Young & O'Connor
     One Congress Street
     Hartford, CT  06114
     Phone: 860-525-9975
     Fax: 860-525-9985
     spector@nsyolaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 1st day of December, 2005.

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT  06518

Michael Stanton Hillis, Esquire
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

Andrew B. Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT  06880

Michael W. Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Gerald Lewis Harmon, Esquire
290 Pratt Street
Meriden, CT  06450

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT  06518

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

                                                                                                                  _____
                                                                                                                      Elliot B. Spector