EXHIBIT A

## CITY OF WATERBURY
## LEGAL DEPARTMENT
## MEMORANDUM

**To:** Attention: John Famia

**From:** Detective Joseph M. Kelly 591

**Date:** 10/03/2005

**Subject:** Requested information from 1996-2001

Dear John,

Here are the Waterbury PD statistics from 1996-2001 "Forcible rapes" and "other sex offenses." I obtained this information from Lt. Daponte who is in charge of the records division.

Lt. Daponte related that in the sex offense cases he can only list them as "Forcible Rapes" if there was penetration. I could not determine from the statistics how many involved children.

Also, statistics showing 721 juvenile referrals were made from November 2001 to September 2005.

At this point I am trying to determine how many juvenile referrals were made from 1996-2001. I am waiting to hear back from DCF to see if they can provide that information.

I hope this will help you and feel free to call me with any other questions.

Thank you.

# OFFENSES

| PART 1 OFFENSES | 1995-1996 | 1996-1997 |
|---|---|---|
| MURDER | 9 | 11 |
| RAPE | 38 | 33 |
| ROBBERY | 246 | 270 |
| AGGR. ASSAULT | 207 | 313 |
| BURGLARY | 1900 | 2042 |
| LARCENY | 4650 | 4190 |
| AUTO THEFT | 1157 | 892 |
| TOTAL PART 1 OFFENSES | 8199 | 7751 |

# OFFENSES

### PART II OFFENSES

|  | 1996 | 1997 |
|---|---|---|
| OTHER ASSAULTS | 2309 | 1848 |
| ARSON | 14 | 16 |
| FORGERY-COUNTERFEITING | 0 | 0 |
| FRAUD | 384 | 327 |
| EMBEZZLEMENT | 2 | 2 |
| STOLEN PROPERTY | 5 | 0 |
| VANDALISM | 3391 | 3909 |
| WEAPON | 130 | 195 |
| COMML. VICE | 219 | 149 |
| OTHER SEX OFFENSES | 178 | 165 |
| NARCOTICS | 1003 | 991 |
| GAMBLING | 0 | 2 |
| OFFENSES AGAINST FAMILY | 96 | 107 |
| DRIVING UNDER INFLUENCE | 106 | 90 |
| LIQUOR LAWS | 50 | 37 |
| DISORDERLY CONDUCT | 8960 | 11332 |
| ALL OTHERS | <u>4313</u> | <u>3322</u> |
| TOTAL PART II OFFENSES | 21170 | 22492 |
| GRAND TOTAL OFFENSES | 29979 | 30243 |

 

# WATERBURY POLICE DEPARTMENT
# ARREST REPORT

## Part I Arrests

| Offenses | 1997-1998 | 1998-1999 |
|---|---|---|
| Criminal Homicide | 18 | 7 |
| Forcible Rape | 21 | 2 |
| Robbery | 100 | 128 |
| Aggravated Assault | 93 | 38 |
| Burglary | 187 | 187 |
| Larceny | 1,430 | 1,296 |
| Auto Theft | 98 | 11 |
| **Total Part I Arrests:** | **1,947** | **1,669** |

## Part II Arrests

| Offenses | 1997-1998 | 1998-1999 |
|---|---|---|
| Other Assaults | 1,498 | 1,266 |
| Arson | 2 | 3 |
| Forgery-Counterfeiting | 44 | 23 |
| Fraud | 121 | 47 |
| Embezzlement | 0 | 0 |
| Stolen Property | 1 | 0 |
| Vandalism | 495 | 426 |
| Weapons | 161 | 142 |
| Prostitution | 247 | 74 |
| Sex Offenses (Other) | 65 | 34 |
| Narcotics | 1,489 | 1,257 |
| Gambling | 3 | 0 |
| Offenses Against Family | 328 | 236 |
| Driving Under the Influence | 105 | 63 |
| Liquor Laws | 51 | 39 |
| Disorderly Conduct | 3,691 | 3,521 |
| All Other Offenses | 3,848 | 3,014 |
| **Total Part II Arrests:** | **12,149** | **10,145** |
| **TOTAL ARRESTS:** | **14,096** | **11,814** |

# WATERBURY POLICE DEPARTMENT
## PART 1 OFFENSES

| Offenses | 1998-1999 | 1999-2000 |
|---|---|---|
| Criminal Homicide | 5 | 5 |
| Forcible Rape | 58 | 47 |
| Robbery | 245 | 213 |
| Aggravated Assault | 273 | 173 |
| Burglary | 1,274 | 1,276 |
| Larceny | 4,104 | 4,094 |
| Auto Theft | 704 | 787 |
| **Total Part I Offenses:** | 6,663 | 6,595 |

## WATERBURY POLICE DEPARTMENT
## PART 1 OFFENSES

| Offenses | 1999-2000 | 2000-2001 |
|---|---|---|
| Criminal Homicide | 5 | 12 |
| Forcible Rape | 47 | *50 |
| Robbery | 213 | *223 |
| Aggravated Assault | 173 | *198 |
| Burglary | 1,276 | *1148 |
| Larceny | 4,094 | *3825 |
| Auto Theft | 787 | 827 |
| **Total Part I Offenses:** | **6,595** | **6,283** |

*Reflects Figures from July 1, 2000 to June 1, 2001

# WATERBURY POLICE DEPARTMENT
## PART 2 OFFENSES

| Offenses | 1999-2000 | 2000-2001 |
|---|---|---|
| Other Assaults | 1,880 | 1,689 |
| Arson | 24 | 16 |
| Forgery-Counterfeiting | 35 | 68 |
| Fraud | 206 | 252 |
| Embezzlement | 0 | 0 |
| Stolen Property | 0 | 0 |
| Vandalism | 2,829 | 2,396 |
| Weapons | 40 | 71 |
| Prostitution | 118 | 186 |
| Sex Offenses (Other) | 179 | 156 |
| Narcotics | 863 | 1,226 |
| Gambling | 4 | 6 |
| Offenses Against Family | 174 | 171 |
| Driving Under the Influence | 49 | 51 |
| Liquor Laws | 19 | 26 |
| Disorderly Conduct | 8,868 | 7,917 |
| D.C. Domestic | *1571 | 3,265 |
| D.C. Fight | *485 | 972 |
| D.C. Loud Noise | *1311 | 2,856 |
| All Other Offenses | 3,853 | 4,825 |
| **Total Part II Offenses:** | 22,508 | 26,149 |
| **Total Part I Offenses:** | 6,595 | 6,283 |
| **Total Offenses:** | 29,103 | 32,432 |

*Reflects Figures from January 1, 2000 to June 30, 2000 only