**EXHIBIT B**

*CITY OF WATERBURY*
*LEGAL DEPARTMENT*
*MEMORANDUM*

*To:* Attorney Elliott Spector

*From:* Detective Joseph M. Kelly 591

*Date:* 10/26/2005

*Subject:* Waterbury Police reports to DCF 1996-2001

Dear Attorney Elliott Spector,

Regarding the information John Femia had requested I gather from the Department of Child & Families.

Assistant Director of the DCF legal division, Barbara Claire obtained the following information in regard to the amount of reports made by the Waterbury Police department from the years 1996-2001. The amount of reports is 846.

Please see the attached copy of the email I received from Claire which describes how the statistics were obtained.

Please contact me if you have any questions regarding this information.

Respectfully,

Det. Joe Kelly

# YAHOO! MAIL

Print - Close Window

From: "CLAIRE, BARBARA" <BARBARA.CLAIRE@po.state.ct.us>
To: "'jmkyck@yahoo.com'" <jmkyck@yahoo.com>
CC: "'spector@NsyOLAW.com'" <spector@NsyOLAW.com>, "GREGORY, BUCK" <BUCK.GREGORY@po.state.ct.us>
Subject: FW: Waterbury PD Reports
Date: Wed, 26 Oct 2005 12:24:03 -0400

Dear Det. Kelly,

Here is the information you requested. However, as we discussed, there are
disclaimers:

1. the only way to search this information was by the address of the WPD.
Therefore, if in a given case, an officer did not give the WPD address, or
our Hotline staff wrote it down wrong, that report is not reflected here.

2. this number represents only reports accepted for investigation.
Non-accepts are expunged after 90 days. A report might have been
non-accepted because it did not rise to the level of statutory
abuse/neglect, it was a duplicate report, or there was no identifiable minor
child victim.

I hope this information help.

Thank you for your patience in this matter.

Barbara J. Claire, Esq.
Assistant Director, Legal Division
Department of Children and Families
505 Hudson Street
Hartford, CT  06106
860-560-5056
fax: 860-560-6541
barbara.claire@po.state.ct.us

> -----Original Message-----
> From:         GREGORY, BUCK
> Sent: Monday, October 24, 2005 12:27 PM
> To:   CLAIRE, BARBARA
> Subject:      Waterbury PD Reports
>
> From 7/96 thru 12/01, the Waterbury Police made 846 reports
This information may be confidential and/or privileged. If you received
this in error, please inform the sender and remove any record of this
message. Note messages to or from the State of Connecticut domain may be
subject to the Freedom of Information statutes and regulations.

TOTAL P.03

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 5-9-05 | 05-35822 | 548 | 5-18-05 |
| 5-11-05 | 05-36402 | 505 | / |
| 5-10-05 | 05-36124 | 672 | / |
| 5-16-05 | 05-37687 | 478 | 5-18-05 |
| 5-17-05 | 05-38185 | 556 | 6-1-05 |
| 5-22-05 | 05-39622 | 556 | / |
| 5-23-05 | 05-39979 | 620 | / |
| 5-26-05 | 05-40875 | 641 | / |
| 5-27-05 | 05-41177 | 637 | 6-1-05 |
| 5-31-05 | 05-42330 | 659 | 6-3-05 |
| 5-31-05 | 05-42067 | 591 | 6-3-05 |
| 6-4-05 | 05-43636 | 415 | 6-7-05 |
| 6-3-05 | 05-43128 | 591 | / |
| 6-5-05 | 05-43806 | 675 | 6-7-05 |
| 6-6-05 | 05-44302 | 556 | |
| 6-9-05 | 05-45262 | 642 | |
| 6-10-05 | 05-45419 | 678 | |
| 6-11-05 | 05-45985 | 682 | |
| 6-24-05 | 05-49950 | 428 | 6-29-05 |
| 9-3-05 | 05-72713 | 493 | 9-8-05 |
| 9-16-05 | 05-76806 | 602 | 9-19-05 |

/

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 3-18-05 | 05-21208 | 493 | 4-4-05 |
| 3-19-05 | 05-21560 | 441 | 4-4-05 |
| 3-22-05 | 05-22354 | 598 | 4-4-05 |
| 3-28-05 | 05-23999 | 593 | 4-4-05 |
| 3-29-05 | 05-24264 | 551 | 4-4-05 |
| 3-25-05 | 05-23121 | 329 | 4-6-05 |
| 3-30-05 | 05-24515 | 646 | 4-6-05 |
| 4-3-05 | 05-25522 | 573 | 4-6-05 |
| 4-10-05 | 05-27853 | 560 | 4/12/05 |
| 4-7-05 | 05-26620 | 424 | 4/12/05 |
| 4-6-05 | 05-26554 | 670 | 4-12-05 |
| 4-6-05 | 05-26334 | 660 | 4-14-05 |
| 4-8-05 | 05-26990 | 556 | |
| 4-10-05 | 05-27664 | 642 | |
| 4-11-05 | 05-28108 | 645 | |
| 4-12-05 | 05-28393 | 561 | 4-14-05 |
| 4-13-05 | 05-28707 | 416 | 4-15-05 |
| 4-16-05 | 05-29465 | 493 | 4-21-05 |
| 4-17-05 | 05-29920 | 653 | 4-21-05 |
| 4-23-05 | 05-31521 | 636 | |
| 4-26-05 | 05-32381 | 659 | |
| 4-28-05 | 05-32977 | 640 | 5-18-05 |
| 5-1-05 | 05-33819 | 653 | |
| 5-7-05 | 05-35275 | 592 | |
| 5-7-05 | 05-35427 | 369 | 5-18-05 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 1-22-05 | 05-5990 | 441 | 1-27-05 |
| 1-24-05 | 05-6794 | 507 | |
| 1-25-05 | 05-7030 | 671 | |
| 1-25-05 | 05-6842 | 449 | |
| 1-25-05 | 05-6972 | 563 | 1-27-05 |
| 1-24-05 | 05-6956 | 549 | 02-08-05 |
| 1-26-05 | 05-7343 | 662 | |
| 1-28-05 | 05-7659 | 571 | |
| 1-30-05 | 05-8391 | 373 | |
| 2-2-05 | 05-9365 | 563 | |
| 2-3-05 | 05-9526 | 589 | 02-08-05 |
| 2-7-05 | 05-10659 | 630 | 02-10-05 |
| 2-12-05 | 05-12073 | 473 | 02-18-05 |
| 2-20-05 | 05-14289 | 671 | 2-24-05 |
| 2-22-05 | 05-14813 | 641 | |
| 2-22-05 | 05-14645 | 585 | |
| 2-23-05 | 05-14918 | 546 | 2-24-05 |
| 2-24-05 | 05-15226 | 585 | 3/01/05 |
| 2-25-05 | 05-15648 | 668 | |
| 2-28-05 | 05-16216 | 413 | 3/01/05 |
| 3-2-05 | 05-16878 | 644 | 3-9-05 |
| 3-3-05 | 05-17194 | 581 | |
| 3-14-05 | 05-20219 v | 654 | 3-17-05 |
| 3-15-05 | 05-20454 v | 642 | 3-17-05 |
| 3-15-05 | 05-20385 v | 373 | 3-17-05 |
| 3-16-05 | 05-20658 | 493 | 3-17-05 |
| 3-17-05 | 05-21063 | 598 | 4-4-05 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 11-20-04 | 04-99519 | 659 | 12-1-04 |
| 11-22-04 | 04-99971 | 556 | |
| 11-23-04 | 04-100243 | 632 | |
| 11-23-04 | 04-100432 | 655 | |
| 11-26-04 | 04-101300 | 506 | |
| 12-4-04 | 04-103597 | 669 | 12-1-04 |
| 12-3-04 | 04-103162 | 633 | 12-7-04 |
| 12-3-04 | 04-103406 | 499 | |
| 12-4-04 | 04-103597 | 669 | |
| 12-4-04 | 04-103701 | 625 | |
| 12-6-04 | 04-103949 | 555 | |
| 12-6-04 | 04-103959 | 611 | 12-7-04 |
| 12-6-04 | 04-104155 | 583 | 12-16-04 |
| 12-11-04 | 04-105626 | 560 | |
| 12-1-04 | 04-101517 | 661 | |
| 12-7-04 | 04-104462 | 499 | 12-16-04 |
| 12-17-04 | 04-107089 | 415 | 12-21-04 |
| 12-17-04 | 04-107336 | 661 | 12-22-04 |
| 12-20-04 | 04-108046 | 556 - | |
| 12-20-04 | 04-108180 | 667 | |
| 12-27-04 | 04-110094 | 551 - | 1-5-05 |
| 12-28-04 | 04-110247 | 632 - | 1-5-05 |
| 12-29-04 | 04-110719 | 563 - | 1-5-05 |
| 12-21-04 | 04-108990 | 652 | 1-5-05 |
| 12-30-04 | 04-111281 | 670 | 1-5-05 |
| 1-2/05 | 05-565 | 671 | 1-5-05 |
| 1-12-05 | 05-3372 | 660 | 1-21-05 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 10-1-04 | 04-83167 | 654 | 10-4-04 |
| 10-2-04 | 04-83532 | 523 | 10-4-04 |
| 10-5-04 | 04-84448 | 473 | 10-15-04 |
| 10-5-04 | 04-84479 | 642 | 11-18-04 |
| 10-10-04 | 04-86299 | 627 | 10-18-04 |
| 10-8-04 | 04-85713 | 613 | 10-18-04 |
| 10-8-04 | 04-85763 | 627 | 10-18-04 |
| 10-18-04 | 04-89922 | 585 | 10-21-04 |
| 10-20-04 | 04-89503 | 636 | 10-21-04 |
| 10-18 | 04-88835 | 569 | 10-27-04 |
| 10-21-04 | 04-89960 | 581 | 10-27-04 |
| 10-25-04 | 04-91021 | 636 | 10-27-04 |
| 10-27-04 | 04-91607 | 640 | 11-9-04 |
| 11-3-04 | 04-94039 | 630 | 11-9-04 |
| 11-4-04 | 04-94373 | 587 | 11-9-04 |
| 11-6-04 | 04-94988 | 641 | 11-9-04 |
| 11-5-04 | 04-94623 | 641 | 11-9-04 |
| 11-8-04 | 04-95560 | 392 | 11-9-04 |
| 11-14-04 | 04-97496 | 546 | 11-18-04 |
| 11-14-04 | 04-97496 | 546 | 11-18-04 |
| 11-10-04 | 04-9639 | 505 | 11-18-04 |
| 11-09-04 | 04-96045 | 634 | 11-18-04 |
| 11-16-04 | 04-98108 | 583 | 11-18-04 |
| 11-16-04 | 04-98205 | 253 | 11-18-04 |
| 11-18-04 | 04-98841 | 506 | 12-1-04 |
| 11-19-04 | 04-99162 | 654 | 12-1-04 |
| 11-19-04 | 04-98969 | 628 | 12-1-04 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 6-18-04 | 04-48684 | 896 | 6-29-04 |
| 8  6-22-04 | 04-49867 | 599 | 6-29-04 |
| 7-1-04 | 04-52636 | 441 | 7-12-04 |
| 7-2-04 | 04-52979 | 392 | 7-12-04 |
| 7-3-04 | 04-53351 | 651 | 7-12-04 |
| 7-14-04 | 04-56695 | 473 | 7-15-04 |
| 7-16-04 | 04-57414 | 610 | 7-21-04 |
| 7-19-04 | 04-58237 | 478 | 7-21-04 |
| 7-20-04 | 04-58740 | 456 | 7-21-04 |
| 7-15-04 | 04-57224 | 638 | 7-27-04 |
| 9  7-31-04 | 04-62191 | 499 | 8-9-04 |
| 8-2-04 | 04-62935 | 640 | 8-9-04 |
| 8-3-04 | 04-63142 | 468 | 8-9-04 |
| 8-10-04 | 04-65563 | 640 | 8-11-04 |
| 8-12-04 | 04-66126 | 427 | 8-23-04 |
| 8-19-04 | 04-68242 | HA/6 | 8-24-04 |
| 8-23-04 | 04-69346 | 424 | 8-24-04 |
| 9-10-04 | 04-71813 | 538 | 9-9-04 |
| 8  8-31-04 | 04-72273 | 549 | 9-9-04 |
| 9-13-04 | 04-76752 | 540 | 9-22-04 |
| 9-15-04 | 04-77594 | 585 | 9-22-04 |
| 9-23-04 | 04-80223 | 561 | 9-27-04 |
| 9-26-04 | 04-81491 | 522 | 9-27-04 |
| 9-27-04 | 04-81906 | 427 | 10-4-04 |
| 9-27-04 | 04-81855 | 031 | 10-4-04 |
| 9-30-04 | 04-82931 | 449 | 10-4-04 |
| 8  9-30-04 | 04-82836 | HA/6 | 10-4-04 |

| | DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|---|
| 14 | 4-30-04 | 04-34077 | 357 | 5-3-04 |
| | 5-2-04 | 04-34665 | 569 | 5-3-04 |
| | 5-4-04 | 04-35324 | 562 | 5-5-04 |
| | 5-5-04 | 04-35649 | 633 | 5-14-04 |
| | 5-12-04 | 04-37351 | 545 | 5-14-04 |
| | 5-17-04 | 04-39049 | 582 | 5-19-04 |
| | 5-13-04 | 04-38551 | 651 | 5-19-04 |
| | 5-19-04 | 04-39665 | 635 | 5-20-04 |
| | 5-19-04 | 04-39685 | 598 | 5-20-04 |
| | 5-22-04 | 04-40521 | 654 | 5-24-04 |
| | 5-21-04 | 04-39979 | 634 | 5-24-04 |
| | 5-25-04 | 04-41313 | 456 | 5-28-04 |
| | 5-26-04 | 04-41737 | 640 | 5-28-04 |
| | 5-26-04 | 04-41634 | 337 | 5-28-04 |
| | 5-27-04 | 04-41805 | 481 | 5-28-04 |
| | 5-27-04 | 04-42022 | 556 | 5-28-04 |
| | 5-31-04 | 04-43200 | 583 | 6-3-04 |
| | 5-30-04 | 04-42829 | 337 | 6-3-04 |
| | 5-30-04 | 04-42831 | 609 | 6-3-04 |
| | 6-2-04 | 04-43596 | 610 | 6-3-04 |
| 20 | 5-27-04 | 04-41975 | 393 | 6-8-04 |
| | 6-1-04 | 04-43448 | 654 | 6-8-04 |
| | 6-3-04 | 04-43521 | 633 | 6-8-04 |
| | 6-13-04 | 04-47219 | 616 | 6-15-04 |
| | 6-13-04 | 04-46996 | 447 | 6-15-04 |
| | 6-14-04 | 04-47486 | 635 | 6-17-04 |
| | 6-14-04 | 47499 | 538 | 6-17-04 |