UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.: 3:03CV00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | JANUARY 17, 2006 |

**MOTION FOR EXTENSION OF TIME**

On or about December 28, 2005, the plaintiff's attorney, Michael S. Hillis, Esquire, in the 3:01CV2298 (SRU) (lead case), filed his "Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment AND in Opposition to Defendant, City of Waterbury's Motion for Summary Judgment."

On or about January 11, 2006, the plaintiff's attorney, Erskine D. McIntosh, Esquire, in 3:03CV00571 (SRU) (member case) moved for an extension of time to file his Response/Reply, to which the undersigned did not object. He has requested until February 16, 2006. If his Response/Reply is filed on that date, the undersigned would have until February 27, 2006 within which to file a Response/Reply.

The undersigned is currently working on a Response/Reply with regard to the lead case, and expects to be filing one in the member case as well.

The undersigned respectfully requests that he be allowed until **February 27, 2006** to file his Response/Reply in the lead case in the interest of judicial economy and to prevent any confusion that might be presented by two separate filings.

This is the first such request for an extension filed by the undersigned with regard to filing a Response/Reply in the lead case.

Pursuant to Local Rule 9(b)(2), the office of the undersigned contacted the office of Attorney Michael S. Hillis, who stated that he has no objection to this motion.

**WHEREFORE**, the undersigned respectfully requests that the court assign a deadline for his Response/Reply in both the lead and member cases until **February 27, 2006.**

                DEFENDANT: City of Waterbury

                BY: _____
                      Elliot B. Spector
                      Federal Bar #ct05278
                      Noble, Spector, Young & O'Connor
                      One Congress Street
                      Hartford, CT  06114
                      Phone: 860-525-9975
                      Fax: 860-525-9985
                      spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 17th day of January, 2006.

***For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa***

| | |
|---|---|
| Erskine D. McIntosh, Esquire<br>Law Offices of Erskine D. McIntosh<br>P.O. Box 185789<br>Hamden, CT  06518 | Michael W. Mackniak, Esquire<br>87 Meadow Street<br>Naugatuck, CT  06770 |
| Michael Stanton Hillis, Esquire<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 | Gerald Lewis Harmon, Esquire<br>290 Pratt Street<br>Meriden, CT  06450 |
| | Allison Louise Jacobs, Esquire<br>84 Sherman Avenue<br>Hamden, CT  06518 |

***For the Defendant, Philip Giordano***

| | |
|---|---|
| Andrew B. Bowman, Esquire<br>Law Offices of Andrew Bowman<br>1804 Post Road East<br>Westport, CT  06880 | Lynn Jenkins, Esquire<br>129 York Street, Apt. 8-L<br>New Haven, CT 06511 |

_____

Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985