UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01cv2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | | |
| | | |
| SUSAN ROE, JR., et al. | : | NO.: 3:03cv00571(SRU) **(Member Case)** |
|     Plaintiffs, | : | |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | |
|     Defendants. | : | FEBRUARY 27, 2006 |

### MOTION FOR EXTENSION OF TIME

As reflected in the undersigned's Motion for Extension dated January 17, 2006, the undersigned is currently working on a Response/Reply with regard to the lead case, and expects to be filing one in the member case as well.

The undersigned respectfully requests that the deadline to file his Response/Reply in the lead case be the same as the deadline he is assigned in the member case. Currently, the undersigned has been allowed until February 27, 2006 to file his response in the lead case. However, on February 22, 2006, Erskine McIntosh, Esquire, plaintiff's attorney in the member case, requested additional time to file his Objection and Motion for Summary Judgment. In the interest of judicial economy and to prevent any confusion that might be presented by two separate filings, the undersigned, rather than asking for a date certain, is requesting that he be allowed ten days after the filing of Attorney Erskine McIntosh's Objection and/or Motion for Summary Judgment, to file his Response/Reply in the lead case.

This is the second such request for an extension filed by the undersigned with regard to filing a Response/Reply in the lead case.

Pursuant to Local Rule 9(b)(2), the office of the undersigned contacted the office of Attorney Michael S. Hillis, who stated that he has no objection to this motion.

**WHEREFORE**, the undersigned respectfully requests that the court assign a deadline for his Response/Reply in both the lead and member cases of ten days after the filing of Erskine McIntosh's Objection and Motion for Summary Judgment**.**

                                        DEFENDANT: City of Waterbury

                                        BY: _____
                                              Elliot B. Spector
                                              Federal Bar #ct05278
                                              Noble, Spector, Young & O'Connor
                                              One Congress Street
                                              Hartford, CT  06114
                                              Phone: 860-525-9975
                                              Fax: 860-525-9985
                                              spector@nsyolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 27th day of February, 2006.

**_For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa_**

| | |
|---|---|
| Erskine D. McIntosh, Esquire<br>Law Offices of Erskine D. McIntosh<br>P.O. Box 185789<br>Hamden, CT  06518 | Michael W. Mackniak, Esquire<br>87 Meadow Street<br>Naugatuck, CT  06770 |
| Michael Stanton Hillis, Esquire<br>Dombroski, Knapsack & Hillis<br>129 Whitney Avenue<br>New Haven, CT  06510 | Gerald Lewis Harmon, Esquire<br>290 Pratt Street<br>Meriden, CT  06450 |
| | Allison Louise Jacobs, Esquire<br>84 Sherman Avenue<br>Hamden, CT  06518 |

**_For the Defendant, Philip Giordano_**

| | |
|---|---|
| Andrew B. Bowman, Esquire<br>Law Offices of Andrew Bowman<br>1804 Post Road East<br>Westport, CT  06880 | Lynn Jenkins, Esquire<br>129 York Street, Apt. 8-L<br>New Haven, CT 06511 |

_____
     Elliot B. Spector

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Case 3:01-cv-02298-SRU    Document 92    Filed 03/01/2006    Page 4 of 4

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985