UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al.<br>Plaintiffs, | : | Master Consolidated  (**Lead Case)**<br>Civil 3:01CV2298 (SRU) |
| vs. | : | |
| CITY OF WATERBURY, et al.<br>Defendants. | : | |
| SUSAN ROE, et al.<br>Plaintiffs, | : | NO:3:03CV00571(SRU)<br>**(Member Case)** |
| vs. | : | |
| CITY OF WATERBURY, et al<br>Defendants. | : | APRIL 4, 2006 |

**DEFENDANT GIORDANO'S RESPONSE TO**
**MOTIONS FOR SUMMARY JUDGMENT**

    The defendant Giordano attaches as Exhibit A his Petition for Rehearing and for Rehearing En Banc in support of his defense that there is no subject matter jurisdiction because he did not act under color of law.

THE DEFENDANT,
PHILIP GIORDANO


BY_____
ANDREW BOWMAN
Juris No: ct00122
1804 Post Road East
Westport, CT 06880
(203) 259-0599
(203) 255-2570

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid on this 4th day of April, 2006 to:

Erskine D. McIntosh, Esq.
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT 06518

Michael Stanton Hillis, Esq.
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Elliot B. Spector, Esq.
Noble, Spector, Young & O'Connor, P.C.
One Congress Street
Hartford, CT 06114-1067

Michael W. Mackniak, Esq.
87 Meadow Street
Naugatuck, CT 06770

Gerald Lewis Harmon, Esq.
290 Pratt Street
Meriden, CT 06450

Allison Louise Jacobs, Esq.
84 Sherman Avenue
Hamden, CT 06518

Lynn Jenkins, Esq.
129 York Street, Apt. 8-L
New Haven, CT 06511

_____
ANDREW B. BOWMAN