UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

*******************************************

2006 MAR 31  A 11: 22

U.S. DISTRICT COURT

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, *
GUARDIAN AD LITEM                       *
                                        *
        V.                              *   3:03 CV 571 (SRU)
                                        *
PHILIP GIORDANO,                        *
In His Official and Individual Capacities; And *
THE CITY OF WATERBURY                   *   MARCH 28, 2006
*******************************************

### PLAINTIFF'S MOTION TO ADOPT LEAD PLAINTIFF'S MOTION & MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff, SUSAN ROE, JR. in addition to asserting her own Motion for Summary Judgment and Memoranda in support thereof and in objection to the defendant City of Waterbury's Motion for Summary Judgment, respectfully moves to additionally, adopt the Lead plaintiff's Motion and Memoranda in Support of her Motion for Summary Judgment and the Lead plaintiff's objection to the City of Waterbury's Motion for Summary Judgment.

RESPECTFULLY SUBMITTED,

ATTY. LYNN JENKINS, GUARDIAN AD LITEM
for SUSAN ROE, Jr.

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994

**PLAINTIFF'S COUNSEL**

1

## CERTIFICATION

I hereby certify that copies of the foregoing Amended Complaint were mailed to the following on March 28, 2006 as follows:

Atty. Gerald L. Harmon
The Law Office of Gerald L. Harmon
290 Pratt Street
Meriden, CT 06450

Atty. Elliot B. Spector
Noble, Spector Young & O'Connor, P.C.
One Congress Street, 4th Floor
Hartford, CT 06114

Atty. Michael Mackniak
87 Meadow Street
Naugatuck, CT 06770

Atty. Michael S. Hillis
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Atty. Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Atty. Andrew B. Bowen
1804 Post Road East
Westport, CT 06880-5683

ATTY. ERSKINE D. McINTOSH

19 MOTION-AMEND 2ND COMPLAINT-GIORDANO