UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., et al. | : | Master Consolidated **(Lead Case)** |
|     Plaintiffs, | : | Civil 3:01CV2298 (SRU) |
| vs. | : | |
| | : | |
| CITY OF WATERBURY, et al. | : | MAY 22, 2006 |
|     Defendants. | | |

### ANSWER TO DOE COMPLAINT DATED JULY 28, 2005 BY PHILIP GIORDANO, IN HIS OFFICIAL CAPACITY ONLY

**PRELIMINARY STATEMENT:**

The defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**PARTIES, JURISDICTION & VENUE:**

1) Paragraphs 2 and 7 are admitted.

2) Paragraphs 8, 9 and 10 are denied.

3) As to the allegations contained in Paragraphs 3 and 4 the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

4) The defendant admits Paragraph 5 except for the phrase "is and", as he is not presently the Mayor.

5) The defendant admits so much of Paragraph 6 as alleges, "At all times mentioned herein the defendant, City of Waterbury (hereinafter "the City"), is and was a municipality located within the State of Connecticut with office buildings located at 235 and 236

1

Grand Street, governed by the effective Charter and Code of Ordinances then in effect." As to the remaining allegations of Paragraph 6, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**AMENDED COMPLAINT:**

1) Paragraphs 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 31, 32, 39, 40 are admitted.

2) Paragraphs 13, 19, 27, 28, 33, 36, 37, 50, 60, 61, 63, 64, 65, 66, 67, 68, 69 and 70 are denied.

3) As to the allegations contained in Paragraphs 29, 30, 35, 38, 42, 53, 56, 58 and 59, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

4) Inasmuch as the acts complained of in Paragraphs 41, 43, 44, 45, 46, 47, 48, 49, 51, 52, 54, 55, 57, 62 and 71 if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

5) The defendant admits so much of Paragraph 11 as alleges, "Under the Charter of the City of Waterbury (hereinafter "City Charter"), Mayor Giordano was the Chief Executive Officer of the City, its highest ranking official". As to that portion of Paragraph 11 as

2

    alleges, "and final policymaker", the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

6)     The defendant admits so much of Paragraph 12 as alleges, "The City Charter establishes a "Strong Mayor" form of government wherein the Mayor", and denies so much of Paragraph 12 as alleges, "is involved in all aspects of municipal government and establishes government policy."

7)     The defendant admits so much of Paragraph 34 as alleges, "As per Mayor Giordano's policy, cellular service bills were paid by the City" is admitted. As to the remaining allegations contained in Paragraph 34, the defendant has insufficient knowledge or information which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT ONE:**

1)     Set forth as Paragraph 72, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count One are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2)     Paragraphs 73, 74, 75, 76, 78, 79 and 80 are denied.

3)     Inasmuch as the acts complained of in Paragraph 77, if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, and they are unrelated to this response to the complaint, which is answered for Mayor Giordano only

3

in his official capacity, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT TWO:**

1) Set forth as Paragraph 81, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count Two are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) Inasmuch as the acts complained of in Paragraphs 82 and 83, if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

3) Paragraphs 84, 85, 86, 87, 88 and 89 are denied.

4) As to the allegations contained in Paragraph 90, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT THREE:**

1) Set forth as Paragraph 91, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint" and Paragraphs 81 through 90 of Count Two. Paragraphs 11 through 71 and 81 through 90 of Count Three, are responded to as

       in Paragraphs 11 through 71 of the "Amended Complaint" and Paragraphs 81 through 90 of Count Two as if fully set forth herein.

2)     Paragraph 93 is denied.

3)     As to the allegations contained in Paragraphs 92 and 95, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

4)     Inasmuch as the acts complained of in Paragraph 94, if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT FOUR:**

1)     Set forth as Paragraph 96, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count Four are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2)     Paragraph 97 is admitted.

3)     Paragraphs 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109 are denied.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

    4)     As to the allegations contained in Paragraph 98, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT FIVE:**

1) Set forth as Paragraph 110, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count Five are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) Inasmuch as the acts complained of in Paragraphs 111, 112, 113 and 114, if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT SIX:**

1) Set forth as Paragraph 115, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count Six are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) Inasmuch as the acts complained of in Paragraphs 116, 117 and 118 if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

**COUNT SEVEN:**

1) Set forth as Paragraph 119, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count Seven are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) Inasmuch as the acts complained of in Paragraphs 121, 122, 123, 124 and 125 if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

3) Paragraph 120 is denied.

**COUNT EIGHT:**

1) Set forth as Paragraph 126, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint". Paragraphs 11 through 71 of Count Eight are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

2) Inasmuch as the acts complained of in Paragraphs 127, 128, 129 and 130, if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

## COUNT NINE:

1) Set forth as Paragraph 131, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint".  Paragraphs 11 through 71 of Count Nine are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) Inasmuch as the acts complained of in Paragraphs 133 and 134 if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

3) Paragraph 132 is denied.

## COUNT TEN:

1) Set forth as Paragraph 135, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint".  Paragraphs 11 through 71 of Count Ten are

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) Inasmuch as the acts complained of in Paragraphs 136, 137 and 138 if true, would not be acts authorized by the City or in any way related to the Mayor acting in his official capacity, they are unrelated to this response to the complaint, which is answered for Mayor Giordano only in his official capacity, and the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

## COUNT ELEVEN:

1) Set forth as Paragraph 139, plaintiff incorporates Paragraphs 11 through 71 of the section of this complaint entitled, "Amended Complaint".  Paragraphs 11 through 71 of Count Eleven are responded to as in Paragraphs 11 through 71 of the "Amended Complaint" portion of this complaint as if fully set forth herein.

2) As to the allegations contained in Paragraph 140, the defendant has insufficient knowledge or information with which to form an opinion or belief and leaves the plaintiff to her proof.

3) Paragraphs 141 and 142 are denied.

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

        DEFENDANT: Philip Giordano, Official Capacity Only

        BY: _____
            Elliot B. Spector
            Federal Bar #ct05278
            Noble, Spector, Young & O'Connor
            One Congress Street
            Hartford, CT  06114
            Phone: 860-525-9975
            Fax: 860-727-9915
            spector@nsyolaw.com

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 22nd day of May, 2006.

**_For the Plaintiffs, Jane Doe, Sr. & Jane Doe, Jr., ppa_**

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT  06518

Michael Stanton Hillis, Esquire
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT  06510

**_For the Defendant, Philip Giordano_**

Andrew B. Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT  06880

Michael W. Mackniak, Esquire
87 Meadow Street
Naugatuck, CT  06770

Gerald Lewis Harmon, Esquire
290 Pratt Street
Meriden, CT  06450

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT  06518

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT  06511

_____
            Elliot B. Spector

11

Clerk's Office
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

**NOBLE, SPECTOR, YOUNG & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985