| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 3-21-04 | 04-22664 | 615 | 3-23-04 |
| 3-26-04 | 04-24085 | 636 | 3-31-04 |
| 3-26-04 | 04-23839 | 348 | 3-31-04 |
| 3-31-04 | 04-25624 | 555 | 4-6-04 |
| 3-30-04 | 04-25224 | 631 | 4-6-04 |
| 4-2-04 | 04-26076 | 654 | 4-6-04 |
| 4-3-04 | 04-26357 | 654 | 4-6-04 |
| 4-4-04 | 04-26678 | 633 | 4-6-04 |
| 4-6-04 | 04-26973 | 562 | 4-6-04 |
| 4-5-04 | 04-26883 | 654 | 4-6-04 |
| 4-5-04 | 04-26841 | 646 | 4-6-04 |
| 4-6-04 | 04-27100 | 564 | 4-8-04 |
| 4-6-04 | 04-27213 | 644 | 4-8-04 |
| 4-7-04 | 04-27521 | 405 | 4-8-04 |
| 4-8-04 | 04-27712 | 452 | 4-12-04 |
| 4-8-04 | 04-27809 | 452 | 4-12-04 |
| 4-14-04 | 04-29456 | 424 | 4-15-04 |
| 4-14-04 | 04-29288 | 373 | 4-15-04 |
| 4-15-04 | 04-29470 | 601 | 4-15-04 |
| 4-14-04 | 04-29288 | 373 | 4-15-04 |
| 4-16-04 | 04-30107 | 644 | 4-20-04 |
| 4-20-04 | 04-31351 | 632 | 4-23-04 |
| 4-22-04 | 04-31963 | 633 | 4-23-04 |
| 4-22-04 | 04-31898 | 407 | 4-23-04 |
| 4-27-04 | 04-33266 | 597 | 4-30-04 |
| 4-29-04 | 04-33602 | 448 | 4-30-04 |
| 4-30-04 | 04-34237 | 443 | 5-3-04 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 2-5-04 | 04-9623 | 514 | 2-13-04 |
| 2-8-04 | 04-10666 | 613 | 2-13-04 |
| 2-8-04 | 04-10688 | 651 | 2-13-04 |
| 2-10-04 | 04-11270 | 563 | 2-13-04 |
| 2-10-04 | 04-11377 | 565 | 2-13-04 |
| 2-16-04 | 04-13000 | 566 | 2-18-04 |
| 2-17-04 | 04-13259 | 540 | 2-18-04 |
| 02-19-04 | 04-12245 | 649 | 2-24-04 |
| 2-20-04 | 04-13944 | 518 | 2-24-04 |
| 2-23-04 | 04-14802 | 611 | 2-24-04 |
| 2-23-04 | 04-15119 | 641 | 2-24-04 |
| 2-25-04 | 04-15525 | 560 | 2-27-04 |
| 2-27-04 | 04-16299 | 526 | 3-1-04 |
| 2-28-04 | 04-16726 | 610 | 3-1-04 |
| 18 2-29-04 | 04-16782 | 623 | 3-1-04 |
| 1-30-04 | 04-7964 | 567 | 3-4-04 |
| 3-2-04 | 04-17287 | 478 | 3-4-04 |
| 3-9-04 | 04-19430 | 557 | 3-11-04 |
| 3-11-04 | 04-20044 | 321 | 3-16-04 |
| 3-14-04 | 04-20487 | 373 | 3-16-04 |
| 3-15-04 | 04-21037 | 654 | 3-16-04 |
| 3-17-04 | 04-21259 | 330 | 3-18-04 |
| 03-17-04 | 04-21698 | 567 | 3-18-04 |
| 03-16-04 | 04-21324 | 373 | 3-18-04 |
| 03-18-04 | 04-21958 | 193 | 3-19-04 |
| 03-19-04 | 04-22001 | 518 | 3-19-04 |
| 3-21-04 | 04-22705 | 476 | 3-23-04 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 12-8-03 | 03-112291 | 638 | 12-11-03 |
| 12-8-03 | 03-112148 | 582 | 12-11-03 |
| 12-12-03 | 03-113515 | 560 | 12-17-03 |
| 12-15-03 | 03-114322 | 481 | 12-17-03 |
| 12-15-03 | 03-114329 | 522 | 12-17-03 |
| 12-16-03 | 03 114682 | 477 | 12-17-03 |
| 12-16-03 | 03-114606 | 454 | 12-19-03 |
| 12-29-03 | 03-117882 | 569 | 12-30-03 |
| 1-1-04 | 04-00072 | 615 | 1-6-04 |
| 1-3-04 | 04-571 | 633 | 1-6-04 |
| 12-22-03 | 03-116439 | 293 | 1-6-04 |
| 12-23-03 | 03-116614 | 526 | 1-6-04 |
| 1-5-04 | 04-1252 | 657 | 1-6-04 |
| 1-8-04 | 04-1877 | 376 | 1-13-04 |
| 1-12-04 | 04-3163 | 472 | 1-13-04 |
| 01-14-04 | 04-3467 | 637 | 1-21-04 |
| 01-17-04 | 04-4510 | 592 | 1-21-04 |
| 01-19-04 | 04-4859 | 478 | 1-21-04 |
| 01-19-04 | 04-4930 | 538 | 1-21-04 |
| 01-22-04 | 04-5750 | 364 | 1-29-04 |
| 01-22-04 | 04-5928 | 598 | 1-29-04 |
| 01-22-04 | 04-5965 | 555 | 1-29-04 |
| 01-25-04 | 04-6770 | 646 | 1-29-04 |
| 01-23-04 | 04-6100 | 557 | 1-29-04 |
| 2-1-04 | 04-8557 | 613 | 2-3-04 |
| 2-2-04 | 04-8645 | 634 | 2-3-04 |
| 2-5-04 | 04-9374 | 447 | 2-13-04 |

9

16

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 10/12/03 | 03-94852 | 648 | 10-14-03 |
| 10/13/03 | 03-95033 | 598 | 10-14-03 |
| 10/13/03 | 03-95058 | 555 | 10-14-03 |
| 10-12-03 | 03-94828 | 330 | 10-14-03 |
| 10-17-03 | 03-96492 | 654 | 10-20-03 |
| 10-18-03 | 03-96631 | 625 | 10-20-03 |
| 10-19-03 | 03-97077 | 614 | 10-20-03 |
| 10-17-03 | 03-96572 | 463 | 10-20-03 |
| 10-22-03 | 03-98092 | 642 | 10-27-03 |
| 10-24-03 | 03-98552 | 302 | 10-27-03 |
| 10-24-03 | 03-98393 | 478 | 10-27-03 |
| 10-23-03 | 03-98313 | 393 | 10-27-03 |
| 10-29-03 | 03-100090 | 317 | 11-3-03 |
| 10-31-03 | 03-100869 | 641 | 11-6-03 |
| 11-5-03 | 03-102390 | 636 | 11-6-03 |
| 11-5-03 | 03-102351 | 549 | 11-6-03 |
| 11-08-03 | 03-103371 | 640 | 11-14-03 |
| 11-10-03 | 03-103808 | 649 | 11-14-03 |
| 11-7-03 | 03-103056 | 605 | 11-14-03 |
| 11-13-03 | 03-104783 | 598 | 11-14-03 |
| 11-13-03 | 03-104755 | 610 | 11-14-03 |
| 11-14-03 | 03-105120 | 526 | 11-18-03 |
| 11-20-03 | 03-106909 | 631 | 11-21-03 |
| 11-21-03 | 03-106976 | 683 | 11-21-03 |
| 11-23-03 | 03-107847 | 573 | 11-25-03 |
| 11-26-03 | 03-108673 | 585 | 11-28-03 |
| 12-3-03 | 03-110903 | 613 | 12-11-03 |

19

18

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 8-27-03 | 03-79812 | 567 | 9-3-03 |
| 09-03-03 | 03-81966 | 540 | 9-11-03 |
| 9-3-03 | 03-82105 | 560 | 9-11-03 |
| 9-4-03 | 03-82452 | 492 | 9-11-03 |
| 9-6-03 | 03-82999 | 329 | 9-11-03 |
| 9-11-03 | 03-84232 | 632 | 9-11-03 |
| 9-11-03 | 03-84987 | 478 | 9-16-03 |
| 9-11-03 | 03-84743 | 505 | 9-16-03 |
| 9-14-03 | 03-85871 | 498 | 9-16-03 |
| 9-15-03 | 03-86026 | 549 | 9-16-03 |
| 9-16-03 | 03-86617 | 537 | 9-19-03 |
| 9-16-03 | 03-86321 | 534 | 9-19-03 |
| 9-17-03 | 03-86827 | 563 | 9-19-03 |
| 9-18-03 | 03-87304 | 1010 | 9-19-03 |
| 9-18-03 | 03-87840 | 1013 | 9-19-03 |
| 9-18-03 | 03-87883 | 539 | 9-19-19 |
| 9-20-03 | 03-87800 | 302 | 9-26-03 |
| 9-21-03 | 03-88155 | 373 | 9-26-03 |
| 9-22-03 | 03-88433 | 429 | 9-26-03 |
| 9-23-03 | 03-88938 | 538 | 9-26-03 |
| 9-24-03 | 03-89295 | 538 | 9-26-03 |
| 10-3-03 | 03-92109 | 626 | 10-7-03 |
| 10-5-03 | 03-92607 | 638 | 10-7-03 |
| 10-5-03 | 03-92610 | 627 | 10-7-03 |
| 10-8-03 | 03-93658 | 634 | 10-8-03 |
| 10/11/03 | 03-94528 | 1010 | 10-14-03 |
| 10/12/03 | 03-94804 | 1055 | 10-14-03 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 7-15-03 | 03-64195 | 628 | 7-17-03 |
| 7-20-03 | 03-66,270 | Risky Crespo #556 | To DCF |
| 7-22-03 | 03-66812 | Hayes #539 | |
| 7-23-03 | 03-67246 | Hayes #539 | 7/25/03 |
| 7-23-03 | 03-67418 | Dos Santos | Thompson |
| 7-19-03 | 03-66,031 | Off. Brunelli #611 | |
| 7-29-03 | 03-69221 | #458 | 7-29-03 |
| 7-28-03 | 03-69146 | #643 | 7-29-03 |
| 7-29-03 | 03-69469 | 643 | 7-31-03 |
| 7-30-03 | 03-69867 | 304 | 7-31-03 |
| 7-30-03 | 03-69860 | 540 | 7-31-03 |
| 7-31-03 | 03-70330 | 656 | 8-4-03 |
| 7-31-03 | 03-70253 | 624 | 8-4-03 |
| 8-2-03 | 03-71049 | 634 | 8-4-03 |
| 8-3-03 | 03-71751 | 620 | 8-5-03 |
| 8-8-03 | 03-73163 | 549 | 8-11-03 |
| 8-11-03 | 03-73895 | 616 | 8-12-03 |
| 8-12-03 | 03-74593 | 309 (Lt. Stephens) | 8-13-03 |
| 8-15-03 | 03-76392 | 562 | 8-18-03 |
| 8-15-03 | 03-75628 | 499 | 8-18-03 |
| 8-14-03 | 03-75198 | 567 | 8-18-03 |
| 8-23-03 | 03-78,512 | Benson | 8-26-03 |
| 8-23-03 | 03-78,394 | Napiello | 8-26-03 |
| 8-25-03 | 03-79017 | 441 | 8-26-03 |
| 8-25-03 | 03-78955 | 302 | 8-29-03 |
| 8-28-03 | 03-80215 | 580 | 8-29-03 |
| 8-28-03 | 03-80248 | 640 | 8-29-03 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 5-29-03 | 03-47593 | Det Acosta | 6-2-03 |
| 5-31-03 | 03-48358 | OFF. McLay | 6-2-03 |
| 6-1-03 | 03-48731 | OFF Kevy | 6-2-03 |
| 6-2-03 | 03-49121 | 635 | |
| 6-2-03 | 03-49100 | 654 | |
| 6-4-03 | 03-49633 | 587 | |
| 6-4-03 | 03-49771 | 492 | To DCF Cerutti #378 6/11/03 |
| 6-4-03 | 03-49776 | 385 | |
| 6-5-03 | 03-50152 | 618 | |
| 6-9-03 | 03-51331 | 440 | |
| 6-11-03 | 03-51665 | 458 | 6-11-03 |
| 6-14-03 | 03-53019 | 625 | 6-24-03 |
| 6-15-03 | 03-53665 | 598 | 6-24-03 |
| 6-18-03 | 03-54813 | 337 | 6-24-03 |
| 6-22-03 | 03-56123 | 481 | 6-24-03 |
| 6-24-03 | 03-56853 | 598 | 7-2-03 |
| 6-25-03 | 03-56536 | 826 | 7-2-03 |
| 6/23/03 | 03-56471 | 476 Strauber | 7-2-03 |
| 6/27/03 | 03-58082 | 565 | 7-2-03 |
| 6/30/03 | 03-59029 | 505 | 7-2-03 |
| 7-5-03 | 03-60146 | 637 | 7-7-03 |
| 7-4-03 | 03-60426 | 617 | 7-7-03 |
| 7-5-03 | 03-60788 | 507 | 7-7-03 |
| 7-4-03 | 03-60426 | 617 | 7-8-03 |
| 7/9/03 | 03-62218 | 330 | 7-10-03 |
| 7-9-03 | 03-62229 | 524 | 7-10-03 |
| 7-11-03 | 03-62893 | 493 | 7-14-03 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 4/30/03 | 03-37783 | Napiello | ↑ |
| 4/30/03 | 03-37733 | Rivera | |
| 5-2-03 | 03-38526 | Stasaitis | KC 5-5-03 |
| 5-2-03 | 03-38574 | Flaherty | |
| 5-3-03 | 03-38733 | Borer | |
| 5-3-03 | 03-38935 | Sabol | |
| 5-3-03 | 03-39169 | Zurlis | ↓ |
| 5-5-03 | 03-39398 | Morgan | |
| 5-5-03 | 03-39586 | Jones | |
| 5-11-03 | 03-39851 | Stasaitis | |
| 05-11-03 | 03-415163 | Ferrucci # 562 | KC 5/13/03 |
| 05-11-03 | 03-415167 | Shea # 583 | |
| 5-13-03 | 03-42177 | Rivera | |
| 5-13-03 | 03-42184 | Hamel | |
| 5-13-03 | 03-42271 | Saucier | |
| 5-16-03 | 03-42491 | #455 | |
| 5-19-03 | 03-43490 | Sacier | Dilao / Robles |
| 5/17/03 | 03-43600 | Shea # 583 | |
| 5/18/03 | 03-43653 | Tomboly #578 | 5/20/03 |
| 5/20/03 | 03-43843 | #631 | |
| 5/21/03 | 03-44045 | #615 | Robles 5/21/03 |
| 5/28/03 | 03-45203 | Tirado #588 | 5/28/03 |
| 5/28/03 | 03-45087 | Ward #617 | 5/28/03 Robles |
| 5/28/03 | 03-44965 | #431 | 5/28/03 |
| 5/28/03 | 03-45140 | #301 | 5-28-03 |
| 5-28-03 | 03 46953 | # 585 | 5-28-03 (initials) |
| | | | |

| DATE | CN. # | OFFICER | DATE TO DCF 03/74 |
|---|---|---|---|
| 3/11/03 | 03-02386 | Guglielmi | 3/18/03 KS |
| 3/20/03 | 03-24570 | Shoop #583 | 3/28/03 |
| 3-21-03 | 03-24562 | Tomkins 429 | 3-24-03 |
| 3-22-03 | 03-25174 | Stasaitis 603 | 3-24-03 |
| 3-22-03 | 03-25044 | Hayes 539 | 3-24-03 |
| 3-23-03 | 03-25225 | Silverio 607 | 3-24-03 |
| 3-27-03 | 03-25713 | Lewandowski 608 | |
| 3-23-03 | 03-25225 | Silverio 607 | 10 KS 04/01/03 |
| 3-31-03 | 03-27780 | #636 | KC |
| 3-31-03 | 03-28111 | #636 | |
| 4/1/03 | 03-28433 | #538 | |
| 3/31/03 | 03-28058 | Santos #605 | To KS - KC 04/08/03 |
| 4/3/03 | 03-28705 | #638 | |
| 4-3-03 | 03-29050 | #631 | |
| 4-3-03 | 03-29090 | #371 | |
| 4-4-03 | 03-29235 | #539 (Hayes) | AR 4-9-03 |
| 4-5-03 | 03-30027 | #403 (Medina) | |
| 4-8-03 | 03-30450 | #638 | |
| 4/9/03 | 03-30731 | #534 | KC 4/11/03 |
| ~~4/15/03~~ | ~~03-32807~~ | ~~#687 (Bishop)~~ | |
| 4/16/03 | 03-33116 | #448 (Penrose) | |
| 4/18/03 | 03-33867 | #638 | |
| 4/18/03 | 03-33741 | Daugherty #581 | |
| 4/24/03 | 03-35638 | #525 (Widomski) | KC 5-5-03 |
| 4/26/03 | 03-36,264 | Victor Signore | |
| 4/26/03 | 03-36,436 | #441 | |
| 4/27/03 | 03-36653 | Zuklie | |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 1-25-03 | 7484 | Robinson #519 | ↑ |
| 1-23-03 | 03-61008 | Melendez #HA116 | |
| 01-28-03 | 03-7977 | Thompson #376 | |
| 01-28-03 | 03-7927 | Thompson #376 | 2-3-03 |
| 01-23-03 | 03-6589 | Mills #407 | |
| 01-29-03 | 03-8317 | #1037 | ↓ |
| 1-31-03 | 03-8962 | Widomski 525 | ↓ |
| 2/4/03 | 03-10090 | #1036 | |
| 2/5/03 | 03-10436 | #582 | 2/6/03 |
| 2/18/03 | 03-14855 | #440 (Flaherty) | |
| 2/22/03 | 03-15720 | #357 (Dunze) | |
| 2/23/03 | 03-16088 | #473 Abney | 02/25/03 |
| 2/27/03 | 03-17171 | #415 Velez | |
| 2/27/03 | 03-17466 | #478 (Signore) | ↑ |
| 2/27/03 | 03-17464 | #626 (Zanic) | |
| 3/3/03 | 03-18098 | #563 (Dauino) | 3-5-03 |
| 2/28/03 | 03-17850 | #603 (Ver) | ↓ |
| 3/4/03 | 03-19081 | #Statitis (#613) | |
| 3/4/03 | 03-18879 | Tripp #541 | |
| 3/6/03 | 03-19518 | Zainic #636 | |
| 3/8/03 | 804560 | #609 | |
| 3/8/03 | 80300 | #493 (Dews) | KC 3/11/03 |
| 3-12-03 | 03-21524 | #625 Bergner | |
| 3-10-03 | 03-21377 | #569 Roberts | |
| 3-13-03 | 03-21851 | #587 Bover | Kay 3/18/03 |
| 3-14-03 | 03-22185 | #626 Zanic | |
| 3-16-03 | 03-22788 | #620 D. Cavanaugh | |