| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 12/10/02 | 02-11834 | Conklin Jackson #528 | 12-10-02 |
| 12/04/02 | 02-110769 | Riddick #552 | |
| 12/19/02 | 02-11309 | Benson #408 | |
| 12/16/02 | 02-114163 | O'Donnell | |
| 12/02/02 | 02-115005 | Guglielmi | |
| 12/21/02 | 02-115754 | Santos | |
| 12/26/02 | 02-117054 | Torres #447 | 1-8-03 |
| 12/30/02 | 02-117355 | Slauin #518 | 1-8-03 |
| 12/28/02 | 02-115816 | Kelly #591 | 1-8-03 |
| 12/29/02 | 02-117108 | Widomski #585 | 1-8-03 |
| 01/01/03 | 03-212 | #637 | 1-8-03 |
| 12/2/02 | 02-114586 | Pexoul # | 1-8-03 |
| 01/05/03 | 03-1252 | Sitton #503 | 1-8-03 |
| 01/04/03 | 03-853 | Ferucci #562 | 1-8-03 |
| 01/07/03 | 03-1563 | Ryan #500 | 1-8-03 |
| 01/07/03 | 03-1911 | off. Duverger #481 | 1/08/03 |
| 01/11/03 | 03-3130 | off #441 | |
| 01/15/03 | 03-3800 | Officer Slauin #518 | |
| 01/12-21/02 | 02-115523 | Det Spagnolo #451 | |
| 01/15/03 | 03-4155 | off Bergeron #506 | |
| 01/16/03 | 03-4893 | Torres #447 | |
| 01/20/03 | 03-5450 | Ryan #500 | |
| 01/22/03 | 03-6000 | Bisnios #1087 | 1/08/03 |
| 01/24/03 | 03-6753 | David #5103 | |
| 01/26/03 | 03-7417 | Saucier #510 | |
| 01/26/03 | 03-7402 | Terri #570 | 2-3-03 |
| 02/04/03 | 006675 | Valente #398 | |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 9-20-02 | 02-86579 | Dougherty # 581 | 09-01-02 |
| 9-20-02 | 02-86474 | O'Brien # 537 | 09-01-02 |
| 9-23-02 | 02-87509 | Cimmino # 619 | 09-01-02 |
| 9-23-02 | 02-87562 | Barres, R. # 631 | 09-01-02 |
| 9-21-02 | 02-86780 | Jesuitti S. # 505 | 09-01-02 |
| 9-29-02 | 02-89524 | Mesnie # 549 | 09-01-02 |
| 8-20-02 | 02-75869 | Monahan # 417 | 10-08-02 |
| 10-2-02 | 02-90692 | Calitti # 598 | 10-08-02 |
| 10-2-02 | 02-90737 | Benson # 408 | 10-08-02 |
| 10-06-02 | 02-91959 | Deuva # 493 | 10-08-02 |
| 10-13-02 | 02-94257 | Aluela # 534 | 10-29-02 |
| 10-14-02 | 02-94622 | Medina # 403 | |
| 10-17-02 | 02-95704 | Ward # 617 | |
| 10-18-02 | 02-95991 | Abney # 473 | |
| 10-20-02 | 02-96687 | Tedesco # 578 | |
| 10-23-02 | 02-97529 | Santos # 605 | |
| 10-25-02 | 02-98260 | Zuno # 626 | |
| 10-26-02 | 02-98357 | Darino # 563 | |
| 10-27-02 | 02-98712 | O'Brien # 537 | ↓ |
| 10-28-02 | 02-99095 | Bishins # 627 | 11/05/02 |
| 11-07-02 | 02-102367 | McLay | ↓ |
| 11-07-02 | 02-102433 | Cavanaugh | ↓ |
| 11-19-02 | 02-105938 | Rivera | 11-19-02 |
| 11/28/02 | 02-109048 | Dufresne | 12-10-02 |
| 12/4/02 | 02-110935 | Viera | |
| 12/3/02 | 02-111900 | Pabon | ↓ |
| 12/5/02 | 02-111049 | V Riddick | ↓ |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 7/23/02 | 02-65977 | Innaimo # 490 | 08/08/02 |
| 7/30/02 | 02-68201 | LaFerriere #618 | 08/08/02 |
| 8/5/02 | 02-70580 | Lovejoy #406 | 08/08/02 |
| 8/5/02 | 02-70543 | Jones #618 | 08/08/02 |
| 8/13/02 | 02-73055 | Napiello #498 | 8/19/02 |
| 8/17/02 | 02-74704 | Ciaburri # 441 | 8/19/02 |
| 8/18/02 | 02-75134 | Santos # 605 | 8/19/02 |
| 8/16/02 | 02-74397 | Shephand # 615 | 8/19/02 |
| 8/16/02 | 02-74478 | Santos # 605 | 8/19/02 |
| 8/19/02 | 02-75453 | Govorch # 599 | 8/19/02 |
| 8/25/02 | 02-77573 | Conway # 545 | 8/27/02 |
| 8/24/02 | 02-77255 | Riback # 389 | 8/27/02 |
| 8/25/02 | 02-77651 | Capozzi # 535 | 8/27/02 |
| 8/22/02 | 02-76303 | Rivera #504 | 8/27/02 |
| 8/26/02 | 02-77937 | Staton # 542 | 8/26/02 |
| 8/27/02 | 02-78239 | Ryan #522 | 8/27/02 |
| 8/27/02 | 02-78295 | Corbet #550 | 8/27/02 |
| 8/28/02 | 02-78615 | Terni # 570 | 8/28/02 |
| 8/29/02 | 02-78986 | Ciminera #619 | 8/29/02 |
| 8/31/02 | 02-79516 | Flynn #508 | 9/3/02 |
| 9/01/02 | 02-79913 | Bishins #627 | 9/3/02 |
| 9/5/02 | 02-81308 | HPI(Holsin)#HA17 | 09-01-02 |
| 9/7/02 | 02-81855 | Kennedy | 09-01-02 |
| 9/8/02 | 02-82185 | Dews | 09-01-02 |
| 9/19/02 | 02-85915 | Shepherd #615 | 09-01-02 |
| 9/19/02 | 02-85996 | Lapointe #330 | 09-01-02 |
| 9-22-02 | 02-87290 | Phelan # 622 | 09-01-02 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 5-11-02 | 02-047072 | Det Ortiz | 6/14/02 |
| 6/11/02 | 02-51079 | Santos | 6/14/02 |
| 6/12/02 | 02-51477 | Torres | 6/14/02 |
| 6/13/02 | 02-51855 | Racki | 6/14/02 |
| 6/12/02 | 02-51511 | Pilon | 6/14/02 |
| 6/13/02 | 02-51896 | Ciaburri | 6/18/02 |
| 6/13/02 | 02-51974 | Angon | 6/18/02 |
| 6/19/02 | 02-53939 | Widomski | 6/27/02 |
| 6/20/02 | 02-54278 | Graham | 6/27/02 |
| 6/20/02 | 02-54100 | Wisnie | 6/27/02 |
| 6/24/02 | 02-55543 | MEDINA, E. | 6/27/02 |
| 6/24/02 | 02-55545 | APICELLA, E. | 6/27/02 |
| 6/25/02 | 02-55914 | Sharoh | 6/27/02 |
| 7/1/02 | 02-58086 | Ryan | 7/9/02 |
| 7/4/02 | 02-59260 | Flaherty | 7/9/02 |
| 7/5/02 | 02-59748 | Gorach | 7/9/02 |
| 7/7/02 | 02-60523 | Federosnak | 7/9/02 |
| 7/7/02 | 02-60535 | Napielli | 7/9/02 |
| 7/7/02 | 02-60514 | Carpenter D. | 7/9/02 |
| 7/10/02 | 02-61317 | Ferrucci | 07/18/02 |
| 7/10/02 | 02-61416 | Thompson | 07/18/02 |
| 7/12/02 | 02-62715 | Medina E. | 07/18/02 |
| 7/16/02 | 02-63200 | Mainiero | 07/18/02 |
| 7/17/02 | 02-63989 | Ryan | 07/18/02 |
| 7/17/02 | 02-63958 | Rivera, J. | 07/18/02 |
| 7/21/02 | 02-65167 | Maran | 08/08/02 |
| 07/21/02 | 02-65239 | Capozzi | 08/08/02 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 5/10/02 | 02-39988 | Napiello | 5/28 |
| 5/1/02 | 02-40512 | Flaherty | 5/28 |
| 5/2/02 | 02-40736 | Napiello | 5/28 |
| 5/14/02 | 02-41457 | Bishins | 5/28 |
| 5/20/02 | 02-43392 | Apeciella | 5/28 |
| 5/20/02 | 02-43490 | Davino | 5/28 |
| 5/20/02 | 02-43287 | Graham | 5/28 |
| 5/21/02 | 02-43718 | Bishins | 5/28 |
| 5/22/02 | 02-43986 | Santos | 5/28 |
| 5/26/02 | 02-45279 | Conway | 5/28 |
| 5/26/02 | 02-45284 | Soto | 5/28 |
| 5/24/02 | 02-44764 | Saucier | 5/28 |
| 5/28/02 | 02-45971 | Crespo | 6/14 |
| 5/30/02 | 02-46552 | Ballace | 6/14 |
| 5/31/02 | 02-47101 | Jones | 6/14 |
| 6/4/02 | 02-48456 | Tedesco | 6/14 |
| 6/3/02 | 02-48299 | Alenckis | 6/14 |
| 6/4/02 | 02-48284 | McLay-B | 6/14 |
| 6/4/02 | 02-48441 | TomBoly | 6/14 |
| 6/4/02 | 02-48747 | Saucier | 6/14 |
| 6/4/02 | 02-48812 | Stokes | 6/14 |
| 6/6/02 | 02-49267 | Frager | 6/14 |
| 6/6/02 | 02-49460 | Ciaburi | 6/14 |
| 6/8/02 | 02-50072 | Lovejoy | 6/14 |
| 6/10/02 | 02-50793 | Bishins | 6/14 |
| 6/10/02 | 02-50708 | Crespo | 6/14 |
| 6/10/02 | 02-50794 | Davino | 6/14 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 4/7/02 | 02-28820 | Kelly | 4/22 |
| 4/8/02 | 02-28863 | Dufresne | 4/22 |
| 3/8/02 | 02-19691 | Rivera | 4/22 |
| 4/13/02 | 02-30638 | Devina | 4/22 |
| 4/14/02 | 02-30920 | Tanamo | 4/22 |
| 4/15/02 | 02-31421 | Andrijewski | 4/22 |
| 4/15/02 | 02-31275 | Carpenter | 4/22 |
| 4/16/02 | 02-31918 | LaFontaine | 4/22 |
| 4/17/02 | 02-32300 | Ryan | 4/22 |
| 4/17/02 | 02-3214 | Dickey | 4/22 |
| 4/17/02 | 02-32080 | O'Brien | 4/22 |
| 4/22/02 | 02-34110 | Slavin | 5/6/02 |
| 4/25/02 | 02-34349 | Racki | 5/6/02 |
| 4/24/02 | 02-34688 | Duturger | 5/6/02 |
| 4/21/02 | 02-34721 | Glarard | 5/6/02 |
| 4/25/02 | 02-34797 | Tedesco, D | 5/6/02 |
| 4/27/02 | 02-35846 | Ryan | 5/6/02 |
| 4/29/02 | 02-36300 | Robinson | 5/6/02 |
| 5/5/02 | 02-38358 | Pederznak | 5/6/02 |
| 5/5/02 | 02-38217 | Dougerty | 5/6/02 |
| 5/4/02 | 02-37945 | Maurnetto | 5/6/02 |
| 5/5/02 | 02-38295 | Ballence | 5/6/02 |
| 5/5/02 | 02-38456 | Shea | 5/6/02 |
| 5/6/02 | 02-38719 | Morgan | 5/28 |
| 5/6/02 | 02-38697 | Shea | 5/28 |
| 5/6/02 | 02-38575 | Ciaburri | 5/28 |
| 5/7/02 | 02-58896 | Abney | 5/28 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 3/7/02 | 02-19406 | Stasis | 3/13 |
| 3/7/02 | 02-19404 | Ciminera | 3/13 |
| 3/9/02 | 02-20198 | Capozzi | 3/13 |
| 3/10/02 | 02-20373 | Giaraurd | 3/13 |
| 3/09/02 | 02-20080 | Roberson | 3/13 |
| 3/08/02 | 02-19818 | Oliveiro | 3/13 |
| 3/11/02 | 02-20710 | Shea | 3/13 |
| 3/12/02 | 02-21005 | Mainiero | 3/13 |
| 3/17/02 | 02-22505 | Silverio | 3/28 |
| 3/19/02 | 02-19691 | Thompson | 3/28 |
| 3/19/02 | 02-23032 | Crespo | 3/28 |
| 3/20/02 | 02-23108 | Gilmore | 3/28 |
| 3/20/02 | 02-23351 | Burgin 428 | 3/28 |
| 3/22/02 | 02-23,617 | Devenger #481 | 3/28 |
| 3/24/02 | 02-24,477 | Santos #605 | 3/28 |
| 3/24/02 | 02-24276 | Ramirez #546 | 3/28 |
| 3/23/02 | 02-24216 | Flanigan 610 | 3/28 |
| 3/25/02 | 02-24752 | Martinez 557 | 3/28 |
| 3/25/02 | 02-24,586 | Grabowie 441 | 3/28 |
| 03/27/02 | 02-25,164 | Apicella 586 | 3/28 |
| 3/26/02 | 02-25082 | Soto, E. 449 | 3/28 |
| 3/26/02 | 02-25036 | Pizauska, R. 484 | 3/28 |
| 3/27/02 | 02-25363 | Graham | 3/28 |
| 3/28/02 | 02-25687 | Graham | 4/22 |
| 3/29/02 | 02-26040 | Slavin | 4/22 |
| 3/28/02 | 02-25502 | Alenckis | 4/22 |
| 3/31/02 | 02-26422 | Ballence | 4/22 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 1/10/02 | 02-2772 | Valente | 1/22 |
| 1/17/02 | 02-4833 | Burke | 1/22 |
| 1/17/02 | 02-5031 | Ramerez | 1/22 |
| 1/17/02 | 02-4958 | Spain | 1/22 |
| 1/19/02 | 02-5609 | Corbett | 1/22 |
| 12/31/01 | 01-109017 | Widomski | 2/6 |
| 1/29/02 | 02-8369 | Gilmore | 2/6 |
| 1/30/02 | 02-8645 | Borer | 2/6 |
| 1/30/02 | 02-8854 | Bishins | 2/6 |
| 1/29/02 | 02-8744 | Gonzalez | 2/6 |
| 2/2/02 | 02-9752 | Shea | 3/6 |
| 2/1/02 | 02-9262 | Akenskis | 2/6 |
| 2/5/02 | 02-10593 | Pilon | 2/6 |
| 2/5/02 | 02-10562 | Lupo | 2/6 |
| 2/9/02 | 02-11751 | Gilmore | 2/20 |
| 2/12/02 | 02-12417 | Borer | 2/20 |
| 2/19/02 | 02-12969 | Silverio | 2/20 |
| 2/19/02 | 02-14571 | Gilmore | 2/20 |
| 2/20/02 | 02-14713 | Crea | 2/20 |
| 2/19/02 | 02-14097 | LaFountain | 2/20 |
| 2/20/02 | 02-14866 | Riddick | 3/5 |
| 2/23/02 | 02-15431 | Kenoack | 3/5 |
| 2/23/02 | 02-15909 | Flanigan | 3/5 |
| 2/22/02 | 02-15509 | Det Pace | 3/5 |
| 2/21/02 | 02-15007 | Rivera, O | 3/5 |
| 2/27/02 | 02-16977 | McElhone | 3/5 |
| 3/5/02 | 02-18822 | McKenna | 3/13 |

| DATE | CN. # | OFFICER | DATE TO DCF |
|---|---|---|---|
| 11/14/01 | 01-96194 | Varrone | 11/20/01 |
| 11/14/01 | 01-96281 | Terni | 11/20/01 |
| 11/19/01 | 01-96013 | Kelly | 11/20/01 |
| 11/19/01 | 01-97695 | Abney | 11/29/01 |
| 11/20/01 | 01-97981 | Dickey | 11/29/01 |
| 11/23/01 | 01-98770 | Stokes | 11/29/01 |
| 11/24/01 | 01-99064 | Napiello | 11/29/01 |
| 11/22/01 | 01-98531 | Bishins | 11/29/01 |
| 11/23/01 | 01-98719 | Monahan | 11/29/01 |
| 11/26/01 | 01-99429 | Racki | 11/29/01 |
| 11/26/01 | 01-99492 | Houlihan/Kaz. | 11/29/01 |
| 12/10/01 | 01-103605 | Santos | 12/20/01 |
| 12/10/01 | 01-103528 | Stanton | 12/20/01 |
| 12/11/01 | 01-103825 | Shea | 12/20/01 |
| 12/17/01 | 01-105465 | Pedersnak | 12/20/01 |
| 12/18/01 | 01-105787 | Dougherty | 12/20/01 |
| 12/20/01 | 01-106246 | Shea C | 12/28/01 |
| 12/24/01 | 01-107262 | Flynn | 12/28/01 |
| 12/24/01 | 01-107416 | Dickey | 12/28/01 |
| 12/28/01 | 01-108391 | Shea #583 | 1/4/02 |
| 12/31/01 | 01-108981 | Blinn | 1/4/02 |
| 12/31/01 | 01-109209 | Signore | 1/4/02 |
| 12/31/01 | 01-109017 | Widomski | 1/4/02 |
| 1/5/02 | 02-507 | Flaherty JR | 1/4/02 |
| 01/8/02 | 02-2082 | Braswell | 1/22 |
| 1/7/02 | 02-2009 | HARVEY | 1/22 |
| 1/8/02 | 02-2358 | Ligundoli | 1/22 |

TOTAL P.34