UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | |
|---|---|
| JANE DOE, JR., et al.<br>　　Plaintiffs,<br>v.<br><br>CITY OF WATERBURY, et al.<br>　　Defendants, | Master Consolidated (Lead Case)<br>Civil 3:01CV2298 (SRU) |
| SUSAN ROE, JR., et al.<br>　　Plaintiffs,<br>v.<br><br>CITY OF WATERBURY, et al.<br>　　Defendants, | No.:3:03CV00571(SRU) (Member Case)<br><br>JUNE 29, 2006 |

**APPEARANCE**

Please enter the appearance of ALLISON L. JACOBS as guardian ad litem and next friend of Jane Doe, Jr. in the above captioned matter.

Respectfully submitted,

_____
Allison L. Jacobs
Federal Bar Number CT09437
84 Sherman Ave
Hamden, CT 06518
Phone: (203) 671-9550
Email: ALJLwyr@aol.com

Rev. 8/29/05

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel on this 29th day of June, 2006.

Michael W. Mackniak, Esquire
Law Offices of Michael W. Mackniak
87 Meadow Street
Naugatuck, CT 06770

Gerald L. Harmon, Esquire
Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, CT 06450

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
3129 Whitney Avenue
Second Floor
Hamden, CT 06518

Michael S. Hillis, Esquire
Dombroski, Knapsack & Hillis, LLC
129 Whitney Ave
New Haven, CT 06511

Lynn Jenkins, Esquire
Law Offices of Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Andrew Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT 06800

Elliot B. Spector, Esquire
Noble, Spector, Young & O'Connor
One Congress Avenue
Hartford, CT 06114

_____
Allison L. Jacobs

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

| | | |
|---|---|---|
| **JANE DOE, JR., et al.** | ) | Master Consolidated (Lead Case) |
| Plaintiffs, | ) | Civil 3:01CV2298 (SRU) |
| v. | ) | |
| | ) | |
| **CITY OF WATERBURY, et al.** | ) | |
| Defendants, | ) | |
| | | |
| **SUSAN ROE, JR., et al.** | ) | No.:3:03CV00571(SRU) (Member Case) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **CITY OF WATERBURY, et al.** | ) | JUNE 28, 2006 |
| Defendants, | ) | |

### NOTICE OF MANUAL FILING

Please take notice that ALLISON L. JACOBS, guardian ad litem and next friend of Jane Doe, Jr. in the above captioned matter, has manually filed her Appearance.

This document has not been filed electronically because:]
[ X ]   the document cannot be converted to an electronic format.

The Appearance has been manually served on all parties.

Respectfully submitted,

_Allison L. Jacobs_
Allison L. Jacobs
Federal Bar Number : CT09437
84 Sherman Ave
Hamden, CT  06518
Phone: (203) 671-9550
Email: ALJLwyr@aol.com

Rev. 8/29/05