UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, JR. ET AL.,<br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF WATERBURY, et al.,<br>    Defendants. | Case No.<br>3:01cv2298 (SRU) |

## CONFERENCE MEMORANDUM

On October 26, 2006, I held a phone conference on the record with Michael Hillis, Erskine McIntosh, and Gerald Harmon, representing the plaintiffs, and Andrew Bowman, representing Philip Giordano. The purpose of the conference was to discuss the status of the case in light of my ruling on the motions for summary judgment.

I suggested scheduling a date for a hearing on damages and plaintiffs' application for attorneys' fees. Plaintiffs' counsel requested that I stay the case, and certify my decision granting summary judgment to the City of Waterbury as a partial final judgment. Plaintiffs' counsel would like to appeal that decision, so that, in the event that they win on appeal, their clients will only have to testify one time. Giordano's counsel had no objection.

Plaintiffs' counsel will file a written motion pursuant to Rule 54(b), seeking certification of a partial final judgment.

Dated at Bridgeport, Connecticut, this 30th day of October 2006.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge