UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, JR., ppa<br>ATTORNEY ALLISON JACOBS<br><br>v.<br><br>CITY OF WATERBURY, et al. | Case No.: 3:01cv2298 (SRU)<br><br>NOVEMBER 15, 2006 |

### PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AS TO THE DEFENDANT CITY OF WATERBURY

Pursuant to Federal Rules of Civil Procedure, Rule 54(b), the plaintiff, Jane Doe Jr., ppa Attorney Allison Jacobs Guardian Ad Litem, moves that this Court direct the entry of a final judgment as to the defendant, the City of Waterbury.

Respectfully submitted,

THE PLAINTIFF
JANE DOE, JR., ppa ATTORNEY ALLISON JACOBS
GUARDIAN AD LITEM

By: _____
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AS TO THE DEFENDANT CITY OF WATERBURY** was mailed, postage prepaid, this **15th** day of **NOVEMBER, 2006**, to all counsel of record as follows:

**MICHAEL W. MACKNIAK, ESQ.**
87 Meadow Street
Naugatuck, Connecticut 06770

**ERSKINE D. MCINTOSH, ESQ.**
The Law Offices of Erskine D. McIntosh, P.C.
P.O. Box 185789
Hamden, Connecticut 06518-0789

**GERALD L. HARMON, ESQ.**
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450

**ELLIOT B. SPECTOR, ESQ.**
**NOBLE, SPECTOR, YOUNG & O'CONNOR**
One Congress Street, Fourth Floor
Hartford, Connecticut 06114

**ANDREW B. BOWMAN, ESQ.**
1804 Post Road East
Westport, Connecticut 06880

_____
**MICHAEL S. HILLIS**