UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE, JR. and SUSAN ROE, JR.

        v                                           3:01cv2298 (SRU)

THE CITY OF WATERBURY and
PHILIP GIORDANO

## PARTIAL JUDGMENT

This matter came on for consideration before the Honorable Stefan R. Underhill, United States District Judge as a result of plaintiffs' motions for entry of judgment as to defendant City of Waterbury and Philip Giordano, only in his official capacity, pursuant to FRCvP 54(b).

On September 29, 2006, a Ruling was filed granting summary judgment as to the City of Waterbury against plaintiffs Jane Doe, Jr. and Susan Roe, Jr. and dismissing all claims <u>sua</u> <u>sponte</u> as to Phillip Giordano, in his official capacity.  On November 16, 2006, a Ruling was filed granting plaintiff Susan Roe, Jr.'s motion for entry of partial final judgment and on November 20, 2006, the ruling was adopted for plaintiff Jane Doe, Jr.'s motion.

Therefore it is ORDERED and ADJUDGED that a partial judgment is entered in favor of the defendant City of Waterbury and Philip Giordano, only in his official capacity, with respect to all plaintiffs' claims.

Dated at Bridgeport, Connecticut, this 20th day of November 2006.

                                                                                     KEVIN F. ROWE, Clerk

Entered on Docket: _____          By   /s/ Chrystine W. Cody
                                                                 Deputy-in-Charge