UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

FILED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUSAN ROE, JR., ppa ATTY. LYNN JENKINS, \*
GUARDIAN AD LITEM                        \*
                                         \*
          V.                             \*
                                         \*
                                         \*
PHILIP GIORDANO,                         \*
And    THE CITY OF WATERBURY             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2006 DEC 13  A 11: 28

3:03 CV 571 (SRU)
(consolidated with
3:01cv2298 (SRU))

DECEMBER 11, 2006

## PLAINTIFF'S MOTION TO EXTEND FILING PERIOD FOR APPEAL

The Plaintiff respectfully requests under Rule 4(a)(5)(A) of the Federal Rules

of Appellate Procedure (FRAP), an extension of thirty (30) days, from the present

deadline, to file an appeal in the above captioned matter.  Rule 4(a)(5)(A) FRAP

provides:

> The district court may extend the time to file a notice of appeal if:
> (i) a party so moves no later than 30 days after the time prescribed by this Rule
> 4(a) expires; and (ii) regardless of whether its motion is filed before or during
> the 30 days after the time prescribed by this Rule 4(a) expires, that party
> shows excusable neglect or good cause.

The Plaintiffs move for this extension of time within the 30 day period prescribed by

Rule 4(a) FRAP.  Rule 4(a) provides a 30 day window after the entry of judgment to

file a notice of appeal.  In the present matter, judgment was entered on November 20,

2006.  Because the Plaintiffs have sought an extension of time within the timeframe

prescribed under Rule 4(a) the present motion may be decided ex parte by the Court,

pursuant to Rule 4(a)(5)(B).

The Plaintiff has good cause to request a 30-day extension.  The Plaintiff seeks

such an extension in order to thoroughly review the relevant trial court decision,

1

transcripts thereof and confer and meet with co-counsel before filing the notice of appeal. Furthermore, the plaintiff's attorneys have demanding litigation schedules for the month of December and the press of other legal business for which they are responsible. For all the foregoing reasons, the Plaintiff respectfully requests an extension of thirty (30) days beyond the current deadline for filing a notice of appeal.

RESPECTFULLY SUBMITTED,

SUSAN ROE, Jr., ppa ATTY. LYNN JENKINS
GUARDIAN AD LITEM
THE PLAINTIFF

By:

**ATTY. ERSKINE D. McINTOSH**
**FEDERAL BAR NO. CT 09743**
**THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.**
**3129 WHITNEY AVENUE, SECOND FLOOR**
**HAMDEN, CONN. 06518-2364**
**(203) 787-9994**

**GERALD HARMON, ESQUIRE**
**FEDERAL BAR NO. CT 13523**
**THE LAW OFFICES OF GERALD L. HARMON**
**290 PRATT STREET**
**MERIDEN, CONN. 06450**
**(203) 639-1956**

**PLAINTIFF'S COUNSEL**

## CERTIFICATION

This is to certify that copies of the forgoing Affidavit were mailed to the following on December ___ 2006 as follows:

Atty. Michael Mackniak
87 Meadow Street
Naugatuck, CT 06770

Atty. Michael S. Hillis
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Atty. Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Atty. Eliot B. Spector
Sack, Spector, and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Atty. Andrew B. Bowen
1804 Post Road East
Westport, CT 06880-5683

ATTY. ERSKINE D. MCINTOSH

19 MOTION-EXTENSION OF TIME-JONES-APPEAL