UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, JR., ppa<br>ATTORNEY ALLISON JACOBS<br><br>v.<br><br>CITY OF WATERBURY, et al. | Case No.: 3:01cv2298 (SRU)<br>(Consolidated with 3:03cv571)<br><br>DECEMBER 15, 2006 |

## PLAINTIFF'S MOTION TO EXTEND FILING PERIOD FOR APPEAL

Pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(5)(A), the plaintiff, Jane Doe Jr, ppa Attorney Allison Jacobs, hereby respectfully requests an extension of thirty (30) days to file an appeal in the above captioned matter. Rule 4(a)(5)(A) provides:

> The district court may extend the time to file a notice of appeal if:(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

Here, plaintiff moves for this extension before the expiration of the thirty day period prescribed by Rule 4(a). Judgment was entered in this matter on November 20, 2006. Accordingly, the Court may decide this motion ex parte as provided in Rule 4(a)(5)(B) ("A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise.")

Plaintiff also has good cause for a thirty day extension. Plaintiff's counsel begins jury selection in the matter of Spetrino v. Kmart et al., Docket no.: AAN-CV-04-0085327-S, judicial district of Ansonia-Milford, on December 15, 2006 and the trial will not likely be completed until a week later. Plaintiff's counsel requires time to review the relevant documents and

transcripts and confer with co-counsel prior to filing this appeal.

For all the foregoing reasons, the plaintiff respectfully requests an extension of time of thirty (30) days to file the notice of appeal in this matter.

Respectfully submitted,

>
> THE PLAINTIFF
> JANE DOE, JR., ppa ATTORNEY ALLISON JACOBS
> GUARDIAN AD LITEM

By: _____/s/_____
**MICHAEL S. HILLIS**
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

      I hereby certify that a true copy of the foregoing **PLAINTIFF'S MOTION TO EXTEND FILING PERIOD FOR APPEAL** was mailed, postage prepaid, this **15th** day of **DECEMBER, 2006**, to all counsel of record as follows:

**MICHAEL W. MACKNIAK, ESQ.**
87 Meadow Street
Naugatuck, Connecticut 06770

**ERSKINE D. MCINTOSH, ESQ.**
The Law Offices of Erskine D. McIntosh, P.C.
P.O. Box 185789
Hamden, Connecticut 06518-0789

**GERALD L. HARMON, ESQ.**
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450

**ELLIOT B. SPECTOR, ESQ.**
**NOBLE, SPECTOR, YOUNG & O'CONNOR**
One Congress Street, Fourth Floor
Hartford, Connecticut 06114

**ANDREW B. BOWMAN, ESQ.**
1804 Post Road East
Westport, Connecticut 06880

                                                  /s/
                                  **MICHAEL S. HILLIS**