UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, JR., ppa<br>ATTORNEY ALLISON JACOBS | : <br> : <br> : | Case No.: 3:01cv2298 (SRU)<br>(Consolidated with 3:03cv571) |
| v. | : <br> : | JANUARY 17, 2007 |
| CITY OF WATERBURY, et al. | : | |

## NOTICE OF APPEAL

Notice is hereby given that, the plaintiff, Jane Doe, Jr., ppa Attorney Allison Jacobs, in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the summary judgment Order entered in favor of the defendant, City of Waterbury (Attached hereto).

The summary judgment Order in this matter was entered on September 29, 2006. On November 20, 2006, the Court granted plaintiff's motion for entry of partial final judgment and Ordered that a partial final judgment enter in favor of the defendant City of Waterbury and Philip Giordano, in his official capacity, with respect to all plaintiffs' claims.

On December 19, 2006 the Court granted plaintiff's Motion for Extension of Time to file appeal to January 20, 2007.

Respectfully submitted,

        THE PLAINTIFF
        **JANE DOE, JR., ppa  ATTORNEY ALLISON JACOBS**
        **GUARDIAN AD LITEM**

By:      /S/
        **MICHAEL S. HILLIS**
        DOMBROSKI, KNAPSACK & HILLIS LLC
        129 Whitney Avenue
        New Haven, Connecticut 06510
        (203) 624-9096
        (203) 624-1308 (Fax)
        Federal Bar No.:  ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this **17th** day of **January, 2007**, to all counsel of record as follows:

**MICHAEL W. MACKNIAK, ESQ.**
87 Meadow Street
Naugatuck, Connecticut 06770

**ERSKINE D. MCINTOSH, ESQ.**
The Law Offices of Erskine D. McIntosh, P.C.
P.O. Box 185789
Hamden, Connecticut 06518-0789

**GERALD L. HARMON, ESQ.**
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450

**ELLIOT B. SPECTOR, ESQ.**
**NOBLE, SPECTOR, YOUNG & O'CONNOR**
One Congress Street, Fourth Floor
Hartford, Connecticut 06114

**ANDREW B. BOWMAN, ESQ.**
1804 Post Road East
Westport, Connecticut 06880


/S/
**MICHAEL S. HILLIS**