UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

```
*********************************************
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS,    *
         GUARDIAN AD LITEM,                *
                         Plaintiff,        *    3:01CV 2298 (SRU)
         V.                                *    (consolidated with
                                           *    3:03 CV 571 (SRU))
THE CITY OF WATERBURY,                     *
PHILIP GIORDANO                            *
                         Defendants        *
                                           *    January 18, 2007
*********************************************
```

FILED
2007 JAN 19 A 11: 15
U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Susan Roe, Jr., in the above named case, pursuant to F.R.A.P. 4(a)(1), hereby appeals to the United States Court of Appeals for the Second Circuit from the following Order: the summary judgment Order entered in favor of the Defendant, The City of Waterbury (attached hereto).

The Order in this action was entered on September 29, 2006. On November 21, 2006, the Court granted the Plaintiff's Motion for Entry of Judgment under Rule 54(b) of the Federal Rules of Civil Procedure, as to the Court's September 29, 2006 summary judgment order. On December 14, 2006, the Court granted the Plaintiff's Motion for Extension of Time to January 20, 2007 to file an appeal of the summary judgment order.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
ATTY ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENEU, 2ND FLOOR
HAMDEN, CT 06518
(203) 787-9994

## CERTIFICATION

This is to certify that a copy of the forgoing was mailed to the following opposing counsel on January 16, 2007 as follows:

Atty. Eliot B. Spector
Sack, Spector, and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Atty. Andrew B. Bowman
1804 Post Road East
Westport, Conn. 06880-5683

_____
ATTY. ERSKINE D. MCINTOSH

JAN-19-2007 09:09 DOMBROSKI KNAPSACK HILLIS 203 624 1308 P.01
Case 3:01-cv-02298-SRU Document 121 Filed 01/19/2007 Page 1 of 3
Case 3:01-cv-02298-SRU Document 115 Filed 11/20/2006 Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE, JR. and SUSAN ROE, JR.

v.  3:01cv2298 (SRU)

THE CITY OF WATERBURY and
PHILIP GIORDANO

PARTIAL JUDGMENT

This matter came on for consideration before the Honorable Stefan R. Underhill, United States District Judge as a result of plaintiffs' motions for entry of judgment as to defendant City of Waterbury and Philip Giordano, only in his official capacity, pursuant to FRCvP 54(b).

On September 29, 2006, a Ruling was filed granting summary judgment as to the City of Waterbury against plaintiffs Jane Doe, Jr. and Susan Roe, Jr. and dismissing all claims sua sponte as to Phillip Giordano, in his official capacity. On November 16, 2006, a Ruling was filed granting plaintiff Susan Roe, Jr.'s motion for entry of partial final judgment and on November 20, 2006, the ruling was adopted for plaintiff Jane Doe, Jr.'s motion.

Therefore it is ORDERED and ADJUDGED that a partial judgment is entered in favor of the defendant City of Waterbury and Philip Giordano, only in his official capacity, with respect to all plaintiffs' claims.

Dated at Bridgeport, Connecticut, this 20th day of November 2006.

KEVIN F. ROWE, Clerk

Entered on Docket: _____

By __/s/ Chrystine W. Cody__
Deputy-in-Charge