# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2007 APR -9  A 11: 12

JANE DOE, JR., ppa
ATTORNEY ALLISON JACOBS

v.

CITY OF WATERBURY, et al.

:
:
:
:
:
:
:
:

Case No.:  3:01cv2298 (SRU)
(Consolidated with 3:03cv571)

USCA No.: 07-0261-cv(L);
07-0264-cv(CON)

APRIL 4, 2007

## INDEX TO THE RECORD ON APPEAL

| | Document No. |
|---|---|
| Complaint | 1 |
| Amended Complaint | 76 |
| Motion for Summary Judgment and attachments (by plaintiff Susan Roe) | 105 |
| Answer to Amended Complaint with defenses (by defendant Giordano) | 80 |
| Motion for Summary Judgment and attachments (by plaintiff Jane Doe) | 81 |
| Answer with Affirmative Defense to Amended Complaint dated July 28, 2005 (by defendant City of Waterbury) | 84 |
| Answer with Affirmative Defense to Complaint dated August 1, 2005 (by defendant City of Waterbury) | 85 |
| Response to Motion for Summary Judgment and attachments (by defendant City of Waterbury) | 87 |
| Motion for Summary Judgment and attachments (by defendant City of Waterbury) | 88 |
| Response in support of/in opposition to Motion for SJ (by plaintiff Jane Doe) | 89 |
| Reply in support/in opposition Motion for SJ (by defendant City of Waterbury) | 95 |
| Reply to Motion for Summary Judgment (by defendant Giordano) | 96 |

| | |
|---|---|
| Notice of Consolidation | 98 |
| Transcript of proceedings held on 4/4/06 | 103 |
| Answer to Amended Complaint (by Giordano in his official capacity) | 104 |
| Ruling on Motions for Summary Judgment | 108 |
| Motion for Entry of Judgment under Rule 54(b) (by plaintiff Susan Roe) | 111 |
| Ruling granting entry of partial final judgment | 112 |
| Motion for Entry of Judgment under Rule 54(b) (by plaintiff Jane Doe) | 113 |
| Order Granting Motion for Entry of Judgment | 114 |
| Partial Judgment | 115 |
| Motion for Extension of Time to file Appeal (by plaintiff Susan Roe) | 116 |
| Order Granting Motion for Extension of Time to file Appeal | 117 |
| Motion for Extension of Time to file Appeal (by plaintiff Jane Doe) | 118 |
| Order Granting Extension of Time to file Appeal | 119 |
| Notice of Appeal (by plaintiff Jane Doe) | 120 |
| Notice of Appeal (by plaintiff Susan Roe) | 121 |

Respectfully submitted,

THE PLAINTIFF
**JANE DOE, JR., ppa  ATTORNEY ALLISON JACOBS
GUARDIAN AD LITEM**

By:

**MICHAEL S. HILLIS**
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, this 4th day of **April, 2007**, to all counsel of record as follows:

**MICHAEL W. MACKNIAK, ESQ.**
87 Meadow Street
Naugatuck, Connecticut 06770

**ERSKINE D. MCINTOSH, ESQ.**
The Law Offices of Erskine D. McIntosh, P.C.
P.O. Box 185789
Hamden, Connecticut 06518-0789

**GERALD L. HARMON, ESQ.**
The Law Offices of Gerald L. Harmon
290 Pratt Street
Meriden, Connecticut 06450

**ELLIOT B. SPECTOR, ESQ.**
**NOBLE, SPECTOR, YOUNG & O'CONNOR**
One Congress Street, Fourth Floor
Hartford, Connecticut 06114

_____
**MICHAEL S. HILLIS**