United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/13/07
Kevin F. Rowe, Clerk
By: D. Cardee
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(Bridgeport)

```
*******************************  *
SUSAN ROE, JR., ppa ATTY. LYNN JENKINS  *
         GUARDIAN AD LITEM                *          3:01 CV 2298 (SRU)
                                          *          (consolidated with
              V                           *          3:03 cv 571 (SRU)
                                          *
PHILIP GIORDANO,                          *
AND THE CITY OF WATERBURY                 *          April 12, 2007
*******************************  *
```

## PLAINTIFF ROE'S INDEX TO THE RECORD ON APPEAL

| <DATE FILED | DOCUMENT NO. | DOCUMENT NAME > |
|---|---|---|
| 3/31/2006 | 97 | Roe's MOTION to Adopt Lead Plaintiff (Doe's) MOTION & Memo of Law In Support of Its Motion for Summary Judgment. |
| 04/04/2006 | 96 | Reply to Response to MOTION for Summary Judgment filed by Philip Giordano. |
| 04/07/2006 | 98 | NOTICE of Consolidation. |
| 04/13/2006 | 101 | ORDER granting 97 Motion to adopt lead plaintiff's Motion and memorandum. |
| 05/10/2006 | 103 | TRANSCRIPT of Proceedings held on 4/4/06 |
| 09/21/2006 | 108 | RULING on Summary Judgment Motion. |
| 11/07/2006 | 111 | MOTION for Entry of Judgment MOTION 54(by) Roe. |
| 11/16/2006 | 112 | Ruling – Granting entry of partial judgment re 111 Motion for Entry of Judgment under Rule 54(b). |

1

| Date | No. | Description |
|---|---|---|
| 11/20/2006 | 114 | ORDER granting Entry of Judgment. |
| 11/20/2006 | 115 | PARTIAL JUDGMENT IN FAVOR OF CITY of Waterbury and Philip Giordano, in his official capacity ONLY against Jane Doe. Jr. and Susan Roe, Jr. |
| 12/122006 | 116 | MOTION for Extension of Time. |
| 12/14/2006 | 117 | ORDER granting Motion for Extension of Time. |
| 01/19/2007 | 121 | NOTICE OF APPEAL as to 115 Judgment by Susan Roe, Jr., Filing Fee $455.00, receipt number B13351 (Candee. D) (Entered: 01/23/2007. |

**ATTENTION CLERK'S OFFICE. THERE ARE ADDITIONAL DOCUMENTS THAT ARE FOUND ONLY IN THE MEMBER CASE OF 3:03 CV 571 (SRU) WHICH MUST BE PART OF THIS LYNN <u>PLAINTIFF'S (SUSAN ROE, Jr.) RECORD ON APPEAL. THOSE ADDITIONAL DOCUMENTS ARE DETAILED ON A SEPARATE INDEX FOR RECORD ON APPEAL FOR THE PLAINTIFF SUSAN ROE, Jr., ppa ATTY, JENKINS, A COPY OF WHICH IS ATTACHED AND THE ORIGINAL IS SEPARATELY FILED CONTEMPORANEOUSLY WITH THIS INDEX.</u>**

RESPECTFULLY SUBMITTED,

SUSAN ROE, Jr., ppa ATTY. LYNN JENKINS
GUARDIAN AD LITEM
THE PLAINTIFF

By: _____
ATTY. ERSKINE D. McINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. McINTOSH, P.C.
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN CONN. 06518-2634
(203)787-9994
FAX (203)-848-1213

ATTY. GERALD HARMON
FEDERAL BAR NO. CT 13523
THE LAW OFFICES OF GERALD L. HARMON
290 PRATT STREET
MERIDEN, CONN. 06450
(203) 639-1959
FAX (203) 639-1959

PLAINTIFF'S COUNSEL

## CERTIFICATION

This is to certify that a copy of the forgoing was mailed to the following on April 12, 2007 as follows:

Atty. Michael Mackniak
87 Meadow Street
Naugatuck, CT 06770

Atty. Michael S. Hillis
Dobriski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06511

Atty. Lynn Jenkins
129 York Street, Apt. 8-L
New Haven, CT 06511

3

Atty. Allison L. Jacobs
84 Sherman Avenue
Hamden, CT 06518

Atty. Eliot B. Spector
Sack, Spector, and Karsten
836 Farmington Avenue
West Hartford, CT 06119-1544

Atty. Andrew B. Bowen
1804 Post Road East
Westport, CT 06880-5683

ATTY. ERSKINE D. MCINTOSH

26-0 INDEX TO THE RECORD ON APPEAL- JONES-2278