UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECICUT
(Bridgeport)

FILED

2007 APR 13 P 12: 15

***********************************

SUSAN ROE, JR. ppa ATTY. LYNN JENKINS,   *   3:01 CV 2298 (SRU)
GUARDIAN AD LITEM                        *
                                         *   APRIL 12, 2007
V.                                       *
                                         *
PHILIP GIORDANO, In his Official & Individual  *
Capacities & THE CITY OF WATERBURY       *
***********************************

## NOTICE OF MANUAL FILING

Please take notice that the plaintiff has manually filed the following:

## PLAINTIFF ROE'S INDEX TO THE RECORD ON APPEAL

because:

☒ The document(s) cannot be converted to an electronic format
☐ The electronic file size of the document exceeds 1.5 megabytes
☐ The documents or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Plaintiff / Defendant is excused from filing this document or thing by court order.

The documents have been manually served on all parties.

RESPECTFULLY SUBMITTED,
SUSAN ROE, Jr., ppa ATTY. LYNN JENKINS
GUARDIAN AD LITEM

BY: _____
ATTY. ERSKINE D. MCINTOSH
FEDERAL BAR NO. CT 09743
THE LAW OFFICES OF ERSKINE D. MICINTOSH
3129 WHITNEY AVENUE, SECOND FLOOR
HAMDEN, CONN. 06518-2364
(203) 787-9994
COUNSEL FOR THE PLAINTIFF

19 Motion-Notice of manual filing-Roe