**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

June 14, 2007

Mr. Richard Alcantara
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:    3:01CV2298(SRU)(Lead)
Case Name:    Jane Doe Sr., et al v. City of Waterbury, et al
    USCA:    07-0261cv

Mr. Alcantara:

Per our conversation of June 14, 2007, forwarded herewith are the documents that constitute the Supplemental Record on Appeal in the above-entitled case. The enclosed documents are from the member case 3:03cv571(SRU) that Attorney Erskine D. McIntosh requested be placed on appellate case number 07-0261cv.

    #1    Complaint
    #10    Order of Consolidation
    # -    Notice of Consolidation
    #44    Notice of Electronic Filing re: Oral Order granting change in case caption
    #50    Amended Complaint
    #56    Motion for Default
    #72    Second Amended Complaint
    #80    Answer and Affirmative Defense to Amended Complaint
    #82    Motion to Amend Motion for Summary Judgment
    #84    Electronic Endorsement Order granting #82.
    #88    Supplemental Memorandum of Law in Support of #48 and in Objection to #67.
    #89    Motion for Default - Filed 4/28/06
    #90    Motion for Default - Filed 5/12/06
    #91    Answer to Second Amended Complaint

If you should have any questions please do not hesitate to call me.

Thank you again for your assistance in this matter.

Respectfully,

Kevin F. Rowe, Clerk

        /s/
By:   Deborah A. Candee
      Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____    DATE: _____