**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**RECEIVED**
**JUN 2 1 2007**

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

June 14, 2007

Mr. Richard Alcantara
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:   3:01CV2298(SRU)(Lead)
    Case Name: Jane Doe Sr., et al v. City of Waterbury, et al
    USCA:      07-0261cv

Mr. Alcantara:

Per our conversation of June 14, 2007, forwarded herewith are copies of the documents that constitute the Supplemental Record on Appeal in the above-entitled case. The enclosed documents are from the member case 3:03cv571(SRU) that Attorney Erskine D. McIntosh requested be placed on appellate case number 07-0261cv.

| | |
|---|---|
| #1 | Complaint |
| #10 | Order of Consolidation |
| # - | Notice of Consolidation |
| #44 | Notice of Electronic Filing re: Oral Order granting change in case caption |
| #50 | Amended Complaint |
| #56 | Motion for Default |
| #72 | Second Amended Complaint |
| #80 | Answer and Affirmative Defense to Amended Complaint |
| #82 | Motion to Amend Motion for Summary Judgment |
| #84 | Electronic Endorsement Order granting #82. |
| #88 | Supplemental Memorandum of Law in Support of #48 and in Objection to #67. |
| #89 | Motion for Default - Filed 4/28/06 |
| #90 | Motion for Default - Filed 5/12/06 |
| #91 | Answer to Second Amended Complaint |

If you should have any questions please do not hesitate to call me.

Thank you again for your assistance in this matter.

Respectfully,

Kevin F. Rowe, Clerk

*Deborah A. Candee*

By:   Deborah A. Candee
       Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: *Richard Alcantara*   DATE: 6/18/07

Richard Alcantara

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    RICHARD ALCANTARA
    U.S. COURT OF APPEALS
    U.S. COURTHOUSE
    FOLEY SQUARE
    NEW YORK, N.Y. 10007

2. Article N
   (Transfe

PS Form

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Armando  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Armando Gonza   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

95-02-M-0835