2007 [illegible] 2 [illegible] 3: 27

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, JR., et al.<br>    Plaintiffs,<br>vs.<br><br>CITY OF WATERBURY, et al.<br>    Defendants.<br><br>SUSAN ROE, JR., et al.<br>    Plaintiffs,<br>vs.<br><br>CITY OF WATERBURY, et al.<br>    Defendants. | Master Consolidated **(Lead Case)**<br>Civil 3:01CV2298 (SRU)<br><br><br><br><br><br><br><br><br><br><br>JUNE 28, 2007 |

### APPEARANCE

Please enter the appearance of David C. Yale on behalf of the City of Waterbury and Philip Giordano *in his official capacity only* in the above captioned matter.

BY: _____
David C. Yale
Federal Bar #ct26912
Noble, Spector, Young & O'Connor
One Congress Street
Hartford, CT 06114
Phone: 860-525-9975
Fax: 860-727-9915
yale@nsyolaw.com

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, to the following counsel of record this 28th day of June, 2007:

Erskine D. McIntosh, Esquire
Law Offices of Erskine D. McIntosh
P.O. Box 185789
Hamden, CT 06518

Michael Stanton Hillis, Esquire
Dombroski, Knapsack & Hillis
129 Whitney Avenue
New Haven, CT 06510

Andrew B. Bowman, Esquire
Law Offices of Andrew Bowman
1804 Post Road East
Westport, CT 06880

Michael W. Mackniak, Esquire
87 Meadow Street
Naugatuck, CT 06770

Gerald Lewis Harmon, Esquire
290 Pratt Street
Meriden, CT 06450

Allison Louise Jacobs, Esquire
84 Sherman Avenue
Hamden, CT 06518

Lynn Jenkins, Esquire
129 York Street, Apt. 8-L
New Haven, CT 06511

_____
David C. Yale